**NOTICE:** Mailed from a **MN CORRECTIONAL FACILITY**
Name: Antonio Wright
OID#: 246814
Address: 970 Pickett Street N,
City/State/Zip: Bayport, MN 55003-1489

Legal...

RECEIVED BY MAIL
JUN 1 6 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

United States Courthouse
300 South Fourth Suite #202
Minneapolis, MN 55415

SCANNED
JUN 1 6 2025
U.S. DISTRICT COURT MPLS

