UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Antonio Dupree Wright,<br><br>Plaintiff,<br><br>v.<br><br>St. Paul Police Department, et al.,<br><br>Defendants. | Court File No.: 25-cv-02502-JRT-DLM<br><br>**DECLARATION OF<br>BRETT BACON** |

I, Brett Bacon, declare as follows:

1. I am an Assistant Ramsey County Attorney duly licensed to practice law before this Court. I represent Ramsey County Attorney's office, Ramsey County Sheriff and Ramsey County (herein "Ramsey County Defendants") in this case. This declaration is submitted in support of Ramsey County Defendants' Motion to Dismiss.

2. Attached hereto as Exhibit A is a true and correct copy of a Complaint for a Warrant for Antonio Dupree Wright, related to court file number 62-CR-22-5116, including a Statement of Probable Cause, created by Assistant Ramsey County Attorney Derek Fitch, and electronically signed by District Court Judge Elena L. Ostby, and filed in the District Court on September 7, 2022.

3. Attached hereto as Exhibit B is a true and correct copy of a document created on September 15, 2023, that was filed in *Minnesota v. Wright*, 62-CR-22-5116, which reflects that Mr. Wright was acquitted of all the charges filed against him. A copy of the Register of Actions for this case is also attached, which reflects that the Court

2

Clerk Minutes were entered on September 15, 2023, and was entered on the docket as Index # 79.

    4.    Attached hereto as Exhibit C is a true and correct copy of the Register of Actions for court file number 62-CR-22-5111.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and executed pursuant to 28 U.S.C. § 1746.

Dated: August 25, 2025                        */s/ Brett Bacon*_____
                                                           Brett Bacon