| | |
|---|---|
| State of Minnesota<br>County of Ramsey | District Court<br>2nd Judicial District |

| | |
|---|---|
| | Prosecutor File No.    0620539428 |
| | Court File No.    62-CR-22-5116 |

**State of Minnesota,**

         Plaintiff,

   vs.

**ANTONIO DUPREE WRIGHT   DOB: 05/02/1981**

4040 20th Ave. S
Minneapolis, MN 55407

         Defendant.

**COMPLAINT**

Warrant

---

The Complainant submits this complaint to the Court and states that there is probable cause to believe Defendant committed the following offense(s):

### COUNT I

**Charge: Murder - 2nd Degree - With Intent-Not Premeditated**
Minnesota Statute: 609.19.1(1), with reference to: 609.11.5(a), 609.1095.2, 609.1095.3
Maximum Sentence: 40 years
Offense Level: Felony

Offense Date (on or about): 09/04/2022

Control #(ICR#): 22164151

Charge Description: On or about September 4, 2022, in the County of Ramsey, Minnesota, the defendant, Antonio Dupree Wright, did cause the death of MS with intent to effect the death of MS.

### COUNT II

**Charge: Murder - 2nd Degree - With Intent-Not Premeditated**
Minnesota Statute: 609.19.1(1), with reference to: 609.11.5(a), 609.1095.2, 609.1095.3
Maximum Sentence: 40 years
Offense Level: Felony

Offense Date (on or about): 09/04/2022

Control #(ICR#): 22164151

Charge Description: On or about September 4, 2022, in the County of Ramsey, Minnesota, the defendant, Antonio Dupree Wright, did cause the death of AG with intent to effect the death of AG.

### COUNT III

**Charge: Murder - 2nd Degree - With Intent-Not Premeditated**
Minnesota Statute: 609.19.1(1), with reference to: 609.11.5(a), 609.1095.2, 609.1095.3
Maximum Sentence: 40 years
Offense Level: Felony

1


EXHIBIT
A

Offense Date (on or about): 09/04/2022

Control #(ICR#): 22164151

Charge Description: On or about September 4, 2022, in the County of Ramsey, Minnesota, the defendant, Antonio Dupree Wright, did cause the death of CF with intent to effect the death of CF.

## COUNT IV

**Charge: Attempted Murder - 2nd Degree - With Intent-Not Premeditated**
Minnesota Statute: 609.19.1(1), with reference to:  609.17.1, 609.11.5(a), 609.1095.2, 609.1095.3
Maximum Sentence: 20 years
Offense Level: Felony

Offense Date (on or about): 09/04/2022

Control #(ICR#): 22164151

Charge Description: On or about September 4, 2022, in the County of Ramsey, Minnesota, the defendant, Antonio Dupree Wright, did attempt to cause the death of SA with intent to effect the death of SA.

## COUNT V

**Charge: Attempted Murder - 2nd Degree - With Intent-Not Premeditated**
Minnesota Statute: 609.19.1(1), with reference to:  609.17.1, 609.11.5(a), 609.1095.2, 609.1095.3
Maximum Sentence: 20 years
Offense Level: Felony

Offense Date (on or about): 09/04/2022

Control #(ICR#): 22164151

Charge Description: On or about September 4, 2022, in the County of Ramsey, Minnesota, the defendant, Antonio Dupree Wright, did attempt to cause the death of CS with intent to effect the death of CS.

## COUNT VI

**Charge: Attempted Murder - 2nd Degree - With Intent-Not Premeditated**
Minnesota Statute: 609.19.1(1), with reference to:  609.17.1, 609.11.5(a), 609.1095.2, 609.1095.3
Maximum Sentence: 20 years
Offense Level: Felony

Offense Date (on or about): 09/04/2022

Control #(ICR#): 22164151

Charge Description: On or about September 4, 2022, in the County of Ramsey, Minnesota, the defendant, Antonio Dupree Wright, did attempt to cause the death of JC with intent to effect the death of JC.

**STATEMENT OF PROBABLE CAUSE**

At around 4:30 PM on September 4, 2022, officers were sent to the duplex at 951 Case Avenue, St. Paul, Ramsey County on a shooting.

Outside the residence officers found SA (DOB: 07/29/1989) with a gunshot wound that had struck his forehead and gunshot wounds to both hands. Officers found JC (DOB: 09/08/1980) outside the residence with a gunshot wound to her left triceps and left foot. JC slipped in and out of consciousness while waiting for medics to arrive. Both victims told officers that there were other victims inside Unit 1 who were dead.

Officers found CF (DOB: 10/14/1979) lying face down by the front door. CF had several gunshots to his torso and a gunshot to his head. Officers found MS (12/03/1977) seated on a couch with a gunshot wound to her head. Officers found AG (DOB: 03/10/1989) with a gunshot wound to her head in the southeast corner of the living room. Officers found no signs of life on any of the three gunshot victims, and medics pronounced them dead at 4:47 PM.

Officers found a black extended gun magazine and an unspent round in the living room area. A tan Glock was recovered beneath a futon. Officers found a blood trail leading from Unit 1 to where the two victims were located outside.

Analysis of the casings recovered from the scene were fired from the Glock.

JC told police she was in a back bedroom looking for a phone charger when she heard a man come into the house. JC heard talking, but she could not make out what was said. JC heard a gunshot, and she dove to the floor to hide. JC heard 10-15 gunshots. JC said she didn't see the shooter as her back was to the door.

SA told police that the man who had shot him was named Antonio. Antonio goes by the nicknames Figg and D. SA considers Figg a close friend. Figg is a heroin dealer with ties to the Vice Lords gang and Chicago. Figg has been paranoid lately suspecting the feds are tracking him and that people are snitching on him.

SA was at his friend's house at 951 Case Avenue when Figg pulled up on his small, black motorbike. SA has seen Figg drive the motorbike before. Figg walked in through the back door and stood in the living room entryway. Figg wore a skimask, a dark hoodie, and jeans. SA greeted Figg saying, "What's up, D?" Figg pulled the mask further over his nose and said, "I'm not D." Figg raised a tan Glock 9mm handgun towards MS (DOB: 12/03/1977) who sat on the couch facing away from Figg, and he shot her head killing her. Figg then shot SA's girlfriend, AG (DOB: 03/10/1989), in the face killing her. Figg shot MS' boyfriend, CF, who SA didn't know, as the man tried running away. Figg pointed the gun at SA who put both hands over his head to shield himself. Figg shot SA three times before walking into a back bedroom and shooting JC. SA rolled under the couch and played dead. Figg then walked out the back door and drove away on his motorbike. SA ran outside and asked someone to call 911.

SA knows Figg very well, and he is sure Figg was the shooter. SA suspects Figg thinks they were snitching on him. Figg only shot people who knew his identity. SA owes Figg $500 for heroin, but he didn't think Figg would do all this for $500. SA said Figg drives a large gray van and other vehicles. SA said Figg had previously shown him the tan Glock handgun.

SA was diagnosed with a broken left thumb, several broken bones in his right hand, and a fractured skull. Doctors recovered a bullet from SA's skull that did not penetrate his brain.

SA showed police a video on Youtube where Figg was standing next to a gray van. The man in the video was **ANTONIO DUPREE WRIGHT (DOB: 05/02/1981)**. SA picked Wright out of a photo line-up as the shooter.

CS told police he was at 951 Case Avenue with his girlfriend, MS. He was sitting on a couch next to MS. His friend SA was sitting by his girlfriend, AG. He had been there for half an hour when he heard a scooter drive up. A Black male wearing a gray ski mask, gray jacket, and dark pants came in the back doorway and stood in the living room doorway. The mask hung down and the man pulled it up to conceal more of his face. CS asked SA who the man was. SA told CS the man was D. The man said, "Who's D?" and took out a gun and started shooting.

CS felt bullets whizzing past him. He "hit the deck" and crawled under a couch. The shooter climbed on top of the couch and shot through it. The shooter fired at SA. CS heard a woman say she was hit. SA saw the shooter walk into a bedroom and shoot JC. SA fled when the shooter was in the bedroom. The shooter then left. CS thought the shooter followed SA out of the building. CS got up and checked on MS. He realized she was shot in the head and wasn't moving or talking.

The Ramsey County Medical Examiner's Office conducted an autopsy on MS. MS had a gunshot wound to the right side of her head. The cause of MS' death is a gunshot wound to the head. The manner of MS' death is homicide.

The Ramsey County Medical Examiner's Office conducted an autopsy on AG. AG had gunshot wounds to the right side of her head, the right side of her chest, her back, and her right arm. AG also had a gunshot graze to the top of her head. The cause of AG's death is multiple gunshot wounds. The manner of AG's death is homicide.

The Ramsey County Medical Examiner's Office conducted an autopsy on CF. CF had two gunshot wounds to his head, a gunshot wound to his back, and a gunshot wound to his right arm. CF had graze gunshot wounds to his left flank and left hip. The cause of CF's death is multiple gunshot wounds. The manner of CF's death is homicide.

Wright is charged in Ramsey County District Court with kidnapping and attempted murder from an incident on September 2, 2022. Wright put a gun to a man's head that he thought had snitched on him after the man overheard Wright discussing a murder. Wright shot the man four times when the man fled the vehicle he had been forced into.

A phone number associated with Wright puts him in Chicago.

Wright has 8 prior felony convictions: VOCSL 3, burglary in the first degree, assault in the third degree, 2 armed robberies, aggravated fleeing police, possession of cocaine, and possession of a Schedule I or II controlled substance in a school zone.

Wright's VOCSL 3, burglary in the first degree, assault in the third degree, and armed robbery convictions qualify as violent crimes pursuant to Minnesota Statute 609.1095, subd. 1(d).

_**NOTICE**_: Pursuant to Minnesota Statute 609.49, subd. 1 (a) A person charged with or convicted of a felony and released from custody, with or without bail or recognizance, who intentionally fails to appear when required after having been notified that a failure to appear for a court appearance is a criminal offense, or after having been released on an order or condition that the release personally appear when required with respect to the charge or conviction, is guilty of a crime for failure to appear and may be sentenced to not more than one-half of the maximum term of imprisonment or fine, or both, provided for the underlying crime for which the person failed to appear, but this maximum sentence shall, in no case, be less than a term of imprisonment of one year and one day or a fine of $1,500, or both.

## SIGNATURES AND APPROVALS

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

Complainant declares under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116; Minn. R. Crim. P. 2.01, subds. 1, 2.

| **Complainant** | Mark Reding | Electronically Signed: |
|---|---|---|
| | Sergeant | 09/07/2022 10:44 AM |
| | 367 Grove St | Ramsey County,  10453 |
| | St Paul, MN 55101 | |
| | Badge: 247 | |

Being authorized to prosecute the offenses charged, I approve this complaint.

| **Prosecuting Attorney** | Derek Fitch | Electronically Signed: |
|---|---|---|
| | Assistant County Attorney | 09/07/2022 10:40 AM |
| | 345 Wabasha Street N | |
| | Suite 120 | |
| | St Paul, MN 55102 | |
| | (651) 266-3222 | |

## FINDING OF PROBABLE CAUSE

From the above sworn facts, and any supporting affidavits or supplemental sworn testimony, I, the Issuing Officer, have determined that probable cause exists to support, subject to bail or conditions of release where applicable, Defendant's arrest or other lawful steps taken to obtain Defendant's appearance in court, or Defendant's detention, if already in custody, pending further proceedings. Defendant is therefore charged with the above-stated offense(s).

### ☐ SUMMONS

THEREFORE YOU, THE DEFENDANT, ARE SUMMONED to appear as directed in the Notice of Hearing before the above-named court to answer this complaint.

IF YOU FAIL TO APPEAR in response to this SUMMONS, a WARRANT FOR YOUR ARREST shall be issued.

### ☒ WARRANT

To the Sheriff of the above-named county; or other person authorized to execute this warrant: I order, in the name of the State of Minnesota, that the Defendant be apprehended  and arrested without delay and brought promptly before the court (if in session), and if not, before a Judge or Judicial Officer of such court without unnecessary delay, and in any event not later than 36 hours after the arrest or as soon as such Judge or Judicial Officer is available to be dealt with according to law.

☐ *Execute in MN Only*        ☒ *Execute Nationwide*        ☐ *Execute in Border States*

### ☐ ORDER OF DETENTION

Since the Defendant is already in custody, I order, subject to bail or conditions of release, that the Defendant continue to be detained pending further proceedings.

Bail:  $25,000,000.00
Conditions of Release:

This complaint, duly subscribed and sworn to or signed under penalty of perjury, is issued by the undersigned Judicial Officer as of the following date: September 7, 2022.

**Judicial Officer**        Elena L Ostby                    Electronically Signed: 09/07/2022 11:34 AM
                            District Court Judge

Sworn testimony has been given before the Judicial Officer by the following witnesses:

---

**COUNTY OF RAMSEY**
**STATE OF MINNESOTA**

## State of Minnesota

Plaintiff

vs.

## Antonio Dupree Wright

Defendant

*LAW ENFORCEMENT OFFICER RETURN OF SERVICE*
*I hereby Certify and Return that I have served a copy of this Warrant upon the Defendant herein named.*

Signature of Authorized Service Agent:

**DEFENDANT FACT SHEET**

| | |
|---|---|
| **Name:** | Antonio Dupree Wright |
| **DOB:** | 05/02/1981 |
| **Address:** | 4040 20th Ave. S<br>Minneapolis, MN 55407 |
| **Alias Names/DOB:** | |
| **SID:** | MN11EF5617 |
| **Height:** | |
| **Weight:** | 0lbs. |
| **Eye Color:** | |
| **Hair Color:** | |
| **Gender:** | |
| **Race:** | |
| **Fingerprints Required per Statute:** | Yes |
| **Fingerprint match to Criminal History Record:** | No |
| **Driver's License #:** | Q697127907722   (MN) |
| **Alcohol Concentration:** | |

62-CR-22-16

# STATUTE AND OFFENSE GRID

| Cnt Nbr | Statute Type | Offense Date(s) | Statute Nbrs and Descriptions | Offense Level | MOC | GOC | Controlling Agencies | Case Numbers |
|---|---|---|---|---|---|---|---|---|
| 1 | Charge | 9/4/2022 | 609.19.1(1)<br>Murder - 2nd Degree - With Intent-Not Premeditated | Felony | H2813 | N | MN0620900 | 22164151 |
| | Penalty | 9/4/2022 | 609.1095.3<br>Dangerous Offenders-Mandatory Sentence-3rd Violent Crime | Felony | H2813 | N | MN0620900 | 22164151 |
| | Penalty | 9/4/2022 | 609.1095.2<br>Dangerous Offenders-Increased Penalties-3rd Violent Crime | Felony | H2813 | N | MN0620900 | 22164151 |
| | Modifier | 9/4/2022 | 609.11.5(a)<br>Minimum Sentences of Imprisonment-Firearm Use or Possession | Felony | H2813 | N | MN0620900 | 22164151 |
| 2 | Charge | 9/4/2022 | 609.19.1(1)<br>Murder - 2nd Degree - With Intent-Not Premeditated | Felony | H2813 | N | MN0620900 | 22164151 |
| | Penalty | 9/4/2022 | 609.1095.3<br>Dangerous Offenders-Mandatory Sentence-3rd Violent Crime | Felony | H2813 | N | MN0620900 | 22164151 |
| | Penalty | 9/4/2022 | 609.1095.2<br>Dangerous Offenders-Increased Penalties-3rd Violent Crime | Felony | H2813 | N | MN0620900 | 22164151 |
| | Modifier | 9/4/2022 | 609.11.5(a)<br>Minimum Sentences of Imprisonment-Firearm Use or Possession | Felony | H2813 | N | MN0620900 | 22164151 |
| 3 | Charge | 9/4/2022 | 609.19.1(1)<br>Murder - 2nd Degree - With Intent-Not Premeditated | Felony | H2813 | N | MN0620900 | 22164151 |
| | Penalty | 9/4/2022 | 609.1095.3<br>Dangerous Offenders-Mandatory Sentence-3rd Violent Crime | Felony | H2813 | N | MN0620900 | 22164151 |
| | Penalty | 9/4/2022 | 609.1095.2<br>Dangerous Offenders-Increased Penalties-3rd Violent Crime | Felony | H2813 | N | MN0620900 | 22164151 |
| | Modifier | 9/4/2022 | 609.11.5(a)<br>Minimum Sentences of Imprisonment-Firearm Use or Possession | Felony | H2813 | N | MN0620900 | 22164151 |
| 4 | Charge | 9/4/2022 | 609.19.1(1)<br>Murder - 2nd Degree - With Intent-Not Premeditated | Felony | H2812 | A | MN0620900 | 22164151 |
| | Penalty | 9/4/2022 | 609.1095.2<br>Dangerous Offenders-Increased Penalties-3rd Violent Crime | Felony | H2812 | A | MN0620900 | 22164151 |
| | Penalty | 9/4/2022 | 609.1095.3<br>Dangerous Offenders-Mandatory Sentence-3rd Violent Crime | Felony | H2812 | A | MN0620900 | 22164151 |
| | Modifier | 9/4/2022 | 609.17.1<br>Anticipatory Crimes-Attempts | No-Level | H2812 | A | MN0620900 | 22164151 |
| | Modifier | 9/4/2022 | 609.11.5(a)<br>Minimum Sentences of Imprisonment-Firearm Use or Possession | Felony | H2812 | A | MN0620900 | 22164151 |
| 5 | Charge | 9/4/2022 | 609.19.1(1)<br>Murder - 2nd Degree - With Intent-Not Premeditated | Felony | H2812 | A | MN0620900 | 22164151 |
| | Penalty | 9/4/2022 | 609.1095.2<br>Dangerous Offenders-Increased Penalties-3rd Violent Crime | Felony | H2812 | A | MN0620900 | 22164151 |
| | Penalty | 9/4/2022 | 609.1095.3 | Felony | H2812 | A | MN0620900 | 22164151 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Dangerous Offenders-Mandatory Sentence-3rd Violent Crime | | | | | |
| | Modifier | 9/4/2022 | 609.17.1 Anticipatory Crimes-Attempts | No-Level | H2812 | A | MN0620900 | 22164151 |
| | Modifier | 9/4/2022 | 609.11.5(a) Minimum Sentences of Imprisonment-Firearm Use or Possession | Felony | H2812 | A | MN0620900 | 22164151 |
| 6 | Charge | 9/4/2022 | 609.19.1(1) Murder - 2nd Degree - With Intent-Not Premeditated | Felony | H2813 | A | MN0620900 | 22164151 |
| | Penalty | 9/4/2022 | 609.1095.2 Dangerous Offenders-Increased Penalties-3rd Violent Crime | Felony | H2813 | A | MN0620900 | 22164151 |
| | Penalty | 9/4/2022 | 609.1095.3 Dangerous Offenders-Mandatory Sentence-3rd Violent Crime | Felony | H2813 | A | MN0620900 | 22164151 |
| | Modifier | 9/4/2022 | 609.17.1 Anticipatory Crimes-Attempts | No-Level | H2813 | A | MN0620900 | 22164151 |
| | Modifier | 9/4/2022 | 609.11.5(a) Minimum Sentences of Imprisonment-Firearm Use or Possession | Felony | H2813 | A | MN0620900 | 22164151 |

| Wright, Antonio Dupree<br>DOB: 05/02/1981<br>**X in custody** | | **62-CR-22-5116**<br>**Hearing Date: 09/15/2023** |
|---|---|---|

62-CR-22-5116

| Offense Date: | 09/04/2022 | Bail/Bond | Posted Date | Amount | Status |
|---|---|---|---|---|---|
| Municipality: | St. Paul | | | | |
| Citation Number: | | | | | |
| Control Number: | | | | | |
| Defense Atty: | FRIEDBERG, JOSEPH S, 651-447-6719 | **Bruce Rivers coverage** | | | |
| Prosecutor: | Hassan Waqas Tahir **& Nori Wieder** | | | | |
| Interpreter: | ☐ | Requested: ☐ | | | |

| | Offense | Plea | Disposition | Statute | Level |
|---|---|---|---|---|---|
| 1; 2; 3;<br>4; 5; 6 | Murder - 2nd Degree - With Intent-Not Premeditated;<br>Murder - 2nd Degree - With Intent-Not Premeditated;<br>Murder - 2nd Degree - With Intent-Not Premeditated;<br>Attempted Murder - 2nd Degree - With Intent-Not<br>Premeditated; Attempted Murder - 2nd Degree - With<br>Intent-Not Premeditated; Attempted Murder - 2nd Degree<br>- With Intent-Not Premeditated | ; ; ; ; ; | ; ; ; ; ; | 609.19.1(1);<br>609.19.1(1);<br>609.19.1(1);<br>609.19.1(1);<br>609.19.1(1);<br>609.19.1(1) | Felony;<br>Felony;<br>Felony;<br>Felony;<br>Felony;<br>Felony |

**Court Trial**
Fingerprints Required by        ; ; ;
Statute; Fingerprints taken;
Predatory Offender
Registration May Be
Required; In Custody

*Interim Conditions:*
No contact with victim(s);    ;        x3;
Post Bail or Bond with No    25,000,000.
Conditions    00

Attorney: ☐ Pro Se  PD: ☐ Granted _____ or ☐ Denied/DNQ  ☐ CDSI  ☐ Private_____
☐ PCF  ☐ PC RES  ☐NG Entered    Next Hearing _____
Conditions of Release: BSA $ _____ ☐CR ☐OR ☐Hold without Bail ☐No Change ☐Other: _____
☐ DANCO        ☐ DANCO Photo: ☐ Verified ☐ Not Verified ☐Not Needed ☐ Obsolete
☐ BW/CW BSA $_____ Nightcap ☐ Yes ☐ No    Forfeit Bail/Bond $_____ ☐ Revoke OR/CR
☐PG Count(s) _____ ☐Dismiss Count(s) _____ ☐Adjudicated Count(s) _____
☐ Count _____ amended to _____
☐ Tab Charge: _____
☐Sentence of: _____ ☐ days ☐ months ☐ years  and/or fine of $_____
☐ Stay ☐ Ex ☐ Imp ☐ Adj for _____ ☐ days ☐ months ☐ years ☐ PO Supervised ☐ Court Supervised ☐ Unsupervised
    ☐ Vacate & Dismiss ☐ Discharge Only ☐ Reduce & Discharge
☐ To serve _____ ☐ days ☐ months ☐ years    ☐ Committed to ☐ Comm. of Corrections ☐ RCCP ☐ ROR
☐ Credit for _____ ☐ days ☐ months ☐ years    ☐ TSI on _____ at _____ AM/PM
☐ Home Confinement ☐ Work Release ☐ Sentence to Service ☐ Weekends
☐ Pay fine of $_____ SC ☐ I / ☐ W  LL ☐ I/ ☐ W  PD Fee ☐ I / ☐ W  Chem Fee ☐ I / ☐ W  ☐ OTR Fees $_____
☐ Apply Bail to Fine/Fees                    ☐ Discharge Bond
☐ Chemical evaluation and comply with recommendations    ☐ _____ hours CWS
☐ Pay Restitution $_____ or amt tbd by PO w/in ____ days    ☐ MADD
☐ Law abiding ☐ No same/similar violations    ☐ No alcohol related offenses ☐ No drink/drive
☐ Abstain drugs/alcohol ☐ Random Testing    ☐ No MSD > traffic violations
☐ Any programs per PO                ☐ No driver's license/insurance violations
☐ NCO                        ☐ No Non-Rx
☐ Anger management/recs            ☐ Gang set of conditions
☐ No theft charges                ☐ Crim Sex set of conditions
☐ Five (5) Standard Misdemeanor Conditions    ☐ Ten (10) Standard Felony Conditions
Other/Notes:    **HHIP**
_____ **Held on the record**
_____ **Judge found NOT guilty on all counts**
_____ **Written Order to be filed**
_____

**EXHIBIT**
**B**

**Ramsey Criminal Downtown**

# Register of Actions.

**Case No. 62-CR-22-5116**

| | | | |
|---|---|---|---|
| **State of Minnesota vs Antonio Dupree Wright** | § | Location: | **Ramsey Criminal Downtown** |
| | § | Judicial Officer: | **Olmstead, Kelly** |
| | § | Filed on: | **09/07/2022** |

---

## Case Information

| Offense | Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|---|
| Community of Offense: **St. Paul** | | | | |
| 1. Murder - 2nd Degree - With Intent-Not Premeditated | 609.19.1(1) | FEL | 09/04/2022 | 09/07/2022 |
| Addtl Statutes: | | | | |
| Dangerous Offenders- Increased Penalties- 3rd Violent Crime | 609.1095.2 | FEL | | |
| Dangerous Offenders- Mandatory Sentence- 3rd Violent Crime | 609.1095.3 | FEL | | |
| Minimum Sentences of Imprisonment- Firearm Use or Possession | 609.11.5(a) | FEL | | |

Case Type: Crim/Traf Mandatory
Case Status: **09/15/2023  Closed**
Case Flags: **Fingerprints Required by Statute**
**Fingerprints taken**

**Disposition:** Acquitted

Offense Reports
  Control #:  22164151
    Agency:  St. Paul Police Department
      367 Grove Street
      St. Paul, MN, 55101

| | | | | |
|---|---|---|---|---|
| 2. Murder - 2nd Degree - With Intent-Not Premeditated | 609.19.1(1) | FEL | 09/04/2022 | 09/07/2022 |
| Addtl Statutes: | | | | |
| Dangerous Offenders- Increased Penalties- 3rd Violent Crime | 609.1095.2 | FEL | | |
| Dangerous Offenders- Mandatory Sentence- 3rd Violent Crime | 609.1095.3 | FEL | | |
| Minimum Sentences of Imprisonment- Firearm Use or Possession | 609.11.5(a) | FEL | | |

**Disposition:** Acquitted

Offense Reports
  Control #:  22164151
    Agency:  St. Paul Police Department
      367 Grove Street
      St. Paul, MN, 55101

| | | | | |
|---|---|---|---|---|
| 3. Murder - 2nd Degree - With Intent-Not Premeditated | 609.19.1(1) | FEL | 09/04/2022 | 09/07/2022 |
| Addtl Statutes: | | | | |
| Dangerous Offenders- Increased Penalties- 3rd Violent Crime | 609.1095.2 | FEL | | |
| Dangerous Offenders- | 609.1095.3 | FEL | | |

Printed on 08/06/2025 at 12:02 PM

Ramsey Criminal Downtown

## Register of Actions.

### Case No. 62-CR-22-5116

| Offense | Statute | Degree | Offense Date | Filed Date |
|---------|---------|--------|--------------|------------|
| Mandatory Sentence-3rd Violent Crime | | | | |
| Minimum Sentences of Imprisonment-Firearm Use or Possession | 609.11.5(a) | FEL | | |

**Disposition:** Acquitted

Offense Reports
    Control #:  22164151
    Agency:  St. Paul Police Department
            367 Grove Street
            St. Paul, MN, 55101

| | Offense | Statute | Degree | Offense Date | Filed Date |
|---|---------|---------|--------|--------------|------------|
| 4. | Attempted Murder - 2nd Degree - With Intent-Not Premeditated | 609.19.1(1) | FEL | 09/04/2022 | 09/07/2022 |
| | Addtl Statutes: | | | | |
| | Dangerous Offenders-Increased Penalties-3rd Violent Crime | 609.1095.2 | FEL | | |
| | Dangerous Offenders-Mandatory Sentence-3rd Violent Crime | 609.1095.3 | FEL | | |
| | Minimum Sentences of Imprisonment-Firearm Use or Possession | 609.11.5(a) | FEL | | |
| | Anticipatory Crimes-Attempts | 609.17.1 | NONE | | |

**Disposition:** Acquitted

Offense Reports
    Control #:  22164151
    Agency:  St. Paul Police Department
            367 Grove Street
            St. Paul, MN, 55101

| | Offense | Statute | Degree | Offense Date | Filed Date |
|---|---------|---------|--------|--------------|------------|
| 5. | Attempted Murder - 2nd Degree - With Intent-Not Premeditated | 609.19.1(1) | FEL | 09/04/2022 | 09/07/2022 |
| | Addtl Statutes: | | | | |
| | Dangerous Offenders-Increased Penalties-3rd Violent Crime | 609.1095.2 | FEL | | |
| | Dangerous Offenders-Mandatory Sentence-3rd Violent Crime | 609.1095.3 | FEL | | |
| | Minimum Sentences of Imprisonment-Firearm Use or Possession | 609.11.5(a) | FEL | | |
| | Anticipatory Crimes-Attempts | 609.17.1 | NONE | | |

**Disposition:** Acquitted

Offense Reports
    Control #:  22164151
    Agency:  St. Paul Police Department
            367 Grove Street
            St. Paul, MN, 55101

| | Offense | Statute | Degree | Offense Date | Filed Date |
|---|---------|---------|--------|--------------|------------|
| 6. | Attempted Murder - 2nd Degree - With Intent-Not | 609.19.1(1) | FEL | 09/04/2022 | 09/07/2022 |

**Ramsey Criminal Downtown**

## Register of Actions.

**Case No. 62-CR-22-5116**

| Offense | Statute | Degree | Offense Date | Filed Date |
|---------|---------|--------|--------------|------------|
| Premeditated | | | | |
| Addtl Statutes: | | | | |
| Dangerous Offenders-Increased Penalties-3rd Violent Crime | 609.1095.2 | FEL | | |
| Dangerous Offenders-Mandatory Sentence-3rd Violent Crime | 609.1095.3 | FEL | | |
| Minimum Sentences of Imprisonment-Firearm Use or Possession | 609.11.5(a) | FEL | | |
| Anticipatory Crimes-Attempts | 609.17.1 | NONE | | |

**Disposition:** Acquitted

Offense Reports
　　Control #:　22164151
　　Agency:　St. Paul Police Department
　　　　　　367 Grove Street
　　　　　　St. Paul, MN, 55101

## Warrants

Arrest, Complaint, Order of Detention - Wright, Antonio Dupree (Judicial Officer: Ostby, Elena L.)

| | | |
|---|---|---|
| 09/29/2022 | 07:19 PM | Warrant Cleared by Arrest |
| 09/07/2022 | 11:41 AM | Issued Active |

Fine:　　　　　　　$0.00
Bond Set:　　　　　　$25,000,000.00　　　　　　　　Any
Notes:　　　　　09/07/2022　25000000

---

## Assignment Information

**Current Case Assignment**
Case Number　62-CR-22-5116
Court　　　　Ramsey Criminal Downtown
Date Assigned　11/07/2022
Judicial Officer　Olmstead, Kelly

---

## Party Information

**Jurisdiction** **State of Minnesota**
　　　　　NONE

**TAHIR, HASSAN WAQAS**
*Retained*
360 Wabasha ST North
STE 100
St. Paul, MN 55102

**WIEDER, NORI BETH**
*Retained*
345 Wabasha ST North
STE 120
St. Paul, MN 55102

**Defendant** **Wright, Antonio Dupree**
　　　　　4040 20th Ave. S
　　　　　Minneapolis, MN 55407
　　　　　Male
　　　　　DOB:　05/02/1981
　　　　　SID:　11EF5617
　　　　　Other Agency Number:　771217 SILS Identifier

　　　　　Printed on 08/06/2025 at 12:02 PM

Ramsey Criminal Downtown

## Register of Actions.

### Case No. 62-CR-22-5116

---

## Case Events

---

| | | |
|---|---|---|
| 07/14/2025 | BCA Automatic Expungement Notice 609A.015 | |
| 05/29/2024 | Transcript | Index # 85 |
| | *Omnibus Hearing. 11/7/22. Judge William H Leary III* | |
| 01/31/2024 | Released Own Recognizance | |
| 09/26/2023 | Findings of Fact, Conclusions of Law and Order    (Judicial Officer: Olmstead, Kelly) | Index # 84 |
| | *Parties e-Served* | |
| 09/15/2023 | Order Canceling No Contact Order    (Judicial Officer: Olmstead, Kelly) | Index # 81 |
| 09/15/2023 | Order Canceling No Contact Order    (Judicial Officer: Olmstead, Kelly) | Index # 82 |
| 09/15/2023 | Order Canceling No Contact Order    (Judicial Officer: Olmstead, Kelly) | Index # 80 |
| 09/15/2023 | Hearing Held In-Person | |
| 09/15/2023 | Court Clerk Minutes | Index # 79 |

09/15/2023
Taken Under Advisement    (Judicial Officer: Olmstead, Kelly)
   *TUA 7 business day for Judicial Findings; Court issued a verdict on record 9/15; 7 additional days to issue findings. Tracking case: 62-CR-22-5111.*
Index # 83

| | | |
|---|---|---|
| 09/13/2023 | Notice of Appearance | Index # 78 |
| 09/06/2023 | Taken Under Advisement    (Judicial Officer: Olmstead, Kelly) | Index # 77 |
| | *Issue: Closing Arguments - TUA for 7 business days* | |
| 09/05/2023 | Briefs | Index # 76 |
| | *State's Rebuttal Argument* | |
| 09/01/2023 | Briefs | Index # 75 |
| | *Defendant's Closing Argument* | |
| 08/30/2023 | Briefs | Index # 74 |
| | *State's Closing Argument* | |
| 08/28/2023 | Hearing Held In-Person | |
| 08/28/2023 | Court Clerk Minutes | Index # 72 |

08/28/2023
Order for Submissions-Under Advisement    (Judicial Officer: Olmstead, Kelly)
   *Defense to reach out about potential surrebuttal: 9/6 was not e-filed/submitted Issue: Closing Arguments State's brief due: 8/30; Defense brief due: 9/1; State's rebuttal due: 9/5; Defense to reach out about potential surrebuttal: 9/6; Then UA - LC to reach out on which day matter goes UA for 7 days. Tracking case: 62-CR-22-5111 Court issued a verdict on the record 9/15 and gets 7 additional days to issue findings.*
Index # 73

| | | |
|---|---|---|
| 08/25/2023 | Hearing Held In-Person | |
| 08/25/2023 | Court Clerk Minutes | Index # 70 |
| 08/25/2023 | Hearing Held In-Person | |

**Ramsey Criminal Downtown**

## Register of Actions.

### Case No. 62-CR-22-5116

| | | | |
|---|---|---|---|
| 08/25/2023 | Court Clerk Minutes | | Index # 68 |
| 08/25/2023 | Motion    (Judicial Officer: Olmstead, Kelly) | | Index # 71 |
| | *defense verbal motion for judgement of acquittal - DENIED* | | |
| | Party:    Attorney FRIEDBERG, JOSEPH S | | |
| | *defense verbal motion for judgement of acquittal - DENIED* | | |
| 08/25/2023 | Notice of Appearance | | Index # 69 |
| 08/24/2023 | Hearing Held In-Person | | |
| 08/24/2023 | Court Clerk Minutes | | Index # 67 |
| 08/24/2023 | Memorandum | | Index # 66 |
| | *State's Memorandum in Support of Motion to Admit Out-of-Court Statements* | | |
| 08/24/2023 | Hearing Held In-Person | | |
| 08/24/2023 | Court Clerk Minutes | | Index # 65 |
| | *AM Minutes* | | |
| 08/23/2023 | Order Appointing Advisory Counsel - Adult    (Judicial Officer: Olmstead, Kelly) | | Index # 64 |
| | *for witness* | | |
| 08/23/2023 | Court Clerk Minutes | | Index # 63 |
| 08/23/2023 | Hearing Held In-Person | | |
| 08/23/2023 | Hearing Held In-Person | | |
| 08/23/2023 | Court Clerk Minutes | | Index # 61 |
| 08/23/2023 | Notice of Appearance | | Index # 62 |
| 08/22/2023 | Hearing Held In-Person | | |
| 08/22/2023 | Court Clerk Minutes | | Index # 59 |
| 08/22/2023 | Hearing Held In-Person | | |
| 08/22/2023 | Court Clerk Minutes | | Index # 58 |
| 08/21/2023 | Memorandum | | Index # 60 |
| | *re: DW Statements; State's* | | |
| 08/21/2023 | Order Granting Motion    (Judicial Officer: Olmstead, Kelly) | | Index # 57 |
| | *to Admit State's Spreigl Evidence - parties e-filed* | | |
| 08/21/2023 | Hearing Held In-Person | | |
| 08/21/2023 | Court Clerk Minutes | | Index # 55 |
| 08/21/2023 | Waiver of Jury Trial    (Judicial Officer: Olmstead, Kelly) | | Index # 56 |
| 08/11/2023 | Witness List | | Index # 52 |
| | *State's -and Exhibit List* | | |
| 08/11/2023 | Proposed Jury Instructions | | Index # 53 |
| | *State's* | | |
| 08/11/2023 | Notice by Attorney or Party | | Index # 54 |

**Ramsey Criminal Downtown**

## Register of Actions.

### Case No. 62-CR-22-5116

| | | |
|---|---|---|
| | *of Firearm in Courthouse* | |
| 08/11/2023 | Other Document<br>*Proposed Jury Questionnaire* | Index # 49 |
| 08/11/2023 | Correspondence for Judicial Approval<br>*Requesting Writ and Order to Transport a Witness* | Index # 50 |
| 08/09/2023 | Briefs<br>*State's - in Support of Motion To Admit Spreigl Evidence* | Index # 51 |
| 08/07/2023 | Taken Under Advisement    (Judicial Officer: Olmstead, Kelly)<br>*Issue: Spriegel 90 days* | Index # 48 |
| 08/03/2023 | Witness List<br>*State's Supplemental Disclosure of Witnesses* | Index # 47 |
| 08/01/2023 | Briefs<br>*Defendant's - in Opposition to the State's Motion to Admit Spreigl Evidence* | Index # 46 |
| 07/28/2023 | Witness List<br>*State's* | Index # 45 |
| 07/24/2023 | Hearing Held In-Person | |
| 07/24/2023 | Court Clerk Minutes | Index # 43 |
| 07/24/2023 | Order for Submissions-Under Advisement    (Judicial Officer: Olmstead, Kelly)<br>*Issue: SPREIGL #1 Defense to submit Brief by 7/31/23. State's Response due 8/7/23. Then UA 90 days.* | |
| Index # 44 | | |
| 07/21/2023 | Notice of Motion and Motion<br>*to Release Parole Records* | Index # 41 |
| 07/21/2023 | Proposed Order or Document<br>*Order to Release Records: Notified Judge Olmstead via email* | Index # 42 |
| 07/12/2023 | Order-Other    (Judicial Officer: Olmstead, Kelly)<br>*Reserving Ruling on IFP Request* | Index # 40 |
| 07/11/2023 | Notice of Deficiency<br>Party:   Attorney TAHIR, HASSAN WAQAS | Index # 39 |
| 07/10/2023 | Notice of Motion and Motion<br>*to Admit Spreigl Evidence* | Index # 31 |
| 07/10/2023 | Police or Incident Report<br>*- Instant Offense Reports - SPPD CN 22-164151* | Index # 32 |
| 07/10/2023 | Police or Incident Report<br>*- Spreigl Offense Reports - SPPD CN 21-230276* | Index # 33 |
| 07/10/2023 | Police or Incident Report<br>*- Spreigl Offense Reports - SPPD CN 21-816924* | Index # 34 |
| 07/10/2023 | Police or Incident Report<br>*- Spreigl Offense Reports - SPPD CN 22-162942* | Index # 35 |
| 07/10/2023 | Notice of Intent to Seek Aggravated Sentencing | Index # 36 |

**Ramsey Criminal Downtown**

## Register of Actions.

### Case No. 62-CR-22-5116

| | | |
|---|---|---|
| 07/10/2023 | Notice of Intent to Impeach<br>*with Prior Convictions* | Index # 37 |
| 07/10/2023 | Notice of Motion and Motion<br>*in Limine; State's* | Index # 38 |
| 06/12/2023 | Proposed Order or Document      (Judicial Officer: Olmstead, Kelly) | Index # 30 |
| 06/12/2023 | Affidavit for Proceeding In Forma Pauperis<br>*"Contents of document are not accessible to the public under Access Rule 4, subd. 1(b)".* | Index # 29 |
| 06/07/2023 | Affidavit of Service<br>*Exparte* | Index # 28 |
| 06/07/2023 | Motion<br>*Ex parte*<br>Party:   Defendant Wright, Antonio Dupree<br>*Ex parte* | Index # 27 |
| 05/30/2023 | Notice of Defense and Defense Witnesses<br>*Notice of Defense* | Index # 26 |
| 03/06/2023 | Hearing Held In-Person | |
| 03/06/2023 | Court Clerk Minutes | Index # 24 |
| 03/06/2023 | Notice of Appearance | Index # 25 |
| 01/13/2023 | Scheduling Order      (Judicial Officer: Olmstead, Kelly) | Index # 23 |
| 12/09/2022 | Hearing Held In-Person | |
| 12/09/2022 | Court Clerk Minutes | Index # 21 |
| 12/09/2022 | Notice of Appearance | Index # 22 |
| 11/21/2022 | Notice of Appearance | Index # 20 |
| 11/07/2022 | Court Clerk Minutes | Index # 16 |
| 11/07/2022 | Hearing Held In-Person | |
| 11/07/2022 | Notice of Case Assignment | Index # 19 |
| 11/07/2022 | Notice of Filing of Order | Index # 18 |
| 11/07/2022 | Order-Other      (Judicial Officer: Castro, Leonardo)<br>*Assigning Judge Olmstead* | Index # 17 |
| 10/31/2022 | Certificate of Representation | Index # 15 |
| 10/12/2022 | Request for Disclosure | Index # 14 |
| 10/06/2022 | Notice of Evidence and Identification Procedures | Index # 13 |

**Ramsey Criminal Downtown**

## Register of Actions.

### Case No. 62-CR-22-5116

*701*

| | | | |
|---|---|---|---|
| 09/30/2022 | 📄 No Contact Order     (Judicial Officer: Starr, Nicole J.) | | Index # 10 |
| 09/30/2022 | 📄 No Contact Order     (Judicial Officer: Starr, Nicole J.) | | Index # 11 |
| 09/30/2022 | 📄 No Contact Order     (Judicial Officer: Starr, Nicole J.) | | Index # 12 |
| 09/30/2022 | Hearing Held In-Person | | |
| 09/30/2022 | 📄 Court Clerk Minutes | | Index # 7 |
| 09/30/2022 | 🔒 Pretrial Release Evaluation Form | | Index # 6 |
| 09/30/2022 | 📄 Notice of Appearance | | Index # 8 |
| 09/30/2022 | Order Granting Public Defender     (Judicial Officer: Starr, Nicole J.) | | Index # 9 |
| 09/30/2022 | Application for Public Defender | | Index # 5 |
| 09/29/2022 | Warrant Cleared by Arrest | | |
| 09/07/2022 | Warrant Issued | | Index # 1 |
| 09/07/2022 | 📄 Order Granting Motion     (Judicial Officer: Ostby, Elena L.) | | Index # 4 |
| 09/07/2022 | 📄 Motion | | Index # 3 |
| | *Request to seal pending arrest* | | |
| | Party:   Attorney Ramsey County Attorney Office | | |
| | *Request to seal pending arrest* | | |
| 09/07/2022 | 📄 E-filed Comp-Warrant | | Index # 2 |

---

## Dispositions

09/15/2023   **Disposition** (Judicial Officer: Olmstead, Kelly)
    1. Murder - 2nd Degree - With Intent-Not Premeditated
      Acquitted
    2. Murder - 2nd Degree - With Intent-Not Premeditated
      Acquitted
    3. Murder - 2nd Degree - With Intent-Not Premeditated
      Acquitted
    4. Attempted Murder - 2nd Degree - With Intent-Not Premeditated
      Acquitted
    5. Attempted Murder - 2nd Degree - With Intent-Not Premeditated
      Acquitted
    6. Attempted Murder - 2nd Degree - With Intent-Not Premeditated
      Acquitted

---

## Hearings

09/15/2023   **Court Trial**   (9:00 AM)   (Judicial Officer: Olmstead, Kelly)
    Resource: Location 840 Courthouse
    **MINUTES - 09/15/2023**
    **Disposition** (Judicial Officer: Olmstead, Kelly)
      1. Murder - 2nd Degree - With Intent-Not Premeditated
        Acquitted
      2. Murder - 2nd Degree - With Intent-Not Premeditated

### Ramsey Criminal Downtown

## Register of Actions.

### Case No. 62-CR-22-5116

Acquitted
3. Murder - 2nd Degree - With Intent-Not Premeditated
Acquitted
4. Attempted Murder - 2nd Degree - With Intent-Not Premeditated
Acquitted
5. Attempted Murder - 2nd Degree - With Intent-Not Premeditated
Acquitted
6. Attempted Murder - 2nd Degree - With Intent-Not Premeditated
Acquitted

|  |  |  |
|---|---|---|
| Hearing Held In-Person | | |
| Court Clerk Minutes | | Index # 79 |
| Order Canceling No Contact Order | (Judicial Officer: Olmstead, Kelly) | Index # 80 |
| Order Canceling No Contact Order | (Judicial Officer: Olmstead, Kelly) | Index # 81 |
| Order Canceling No Contact Order | (Judicial Officer: Olmstead, Kelly) | Index # 82 |

Held On the Record;  Bruce Rivers for defense
*Parties Present:   Jurisdiction   State of Minnesota*
*Defendant   Wright, Antonio Dupree*
*Attorney   TAHIR, HASSAN WAQAS*
*Attorney   WIEDER, NORI BETH*

08/28/2023  **Court Trial**  (9:00 AM)  (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
**MINUTES - 08/28/2023**
Hearing Held In-Person
Court Clerk Minutes                                                    Index # 72
Order for Submissions-Under Advisement   (Judicial Officer: Olmstead, Kelly)
*Defense to reach out about potential surrebuttal: 9/6 was not e-filed/submitted Issue: Closing Arguments State's brief due: 8/30; Defense brief due: 9/1; State's rebuttal due: 9/5; Defense to reach out about potential surrebuttal: 9/6; Then UA - LC to reach out on which day matter goes UA for 7 days. Tracking case: 62-CR-22-5111 Court issued a verdict on the record 9/15 and gets 7 additional days to issue findings.*
Index # 73
Held On the Record;
*Parties Present:   Jurisdiction   State of Minnesota*
*Attorney   FRIEDBERG, JOSEPH S*
*Defendant   Wright, Antonio Dupree*
*Attorney   TAHIR, HASSAN WAQAS*
*Attorney   WIEDER, NORI BETH*

08/25/2023  **Court Trial**  (1:30 PM)  (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
**MINUTES - 08/25/2023**
**Court Trial**  (08/28/2023 at 9:00 AM)  (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
Hearing Held In-Person
Court Clerk Minutes                                                    Index # 70
Motion   (Judicial Officer: Olmstead, Kelly)           Index # 71
*defense verbal motion for judgement of acquittal - DENIED*
*Party:   Attorney FRIEDBERG, JOSEPH S*
*defense verbal motion for judgement of acquittal - DENIED*
Held On the Record;
*Parties Present:   Jurisdiction   State of Minnesota*
*Attorney   FRIEDBERG, JOSEPH S*
*Defendant   Wright, Antonio Dupree*
*Attorney   TAHIR, HASSAN WAQAS*
*Attorney   WIEDER, NORI BETH*

08/25/2023  **Court Trial**  (9:00 AM)  (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
**MINUTES - 08/25/2023**

Ramsey Criminal Downtown

## Register of Actions.

**Case No. 62-CR-22-5116**

**Court Trial**  (08/25/2023 at 1:30 PM)  (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
Hearing Held In-Person
Court Clerk Minutes                                          Index # 68
Notice of Appearance                                         Index # 69
Held On the Record;
*Parties Present:*  *Jurisdiction*  *State of Minnesota*
*Attorney*  *FRIEDBERG, JOSEPH S*
*Defendant*  *Wright, Antonio Dupree*
*Attorney*  *TAHIR, HASSAN WAQAS*
*Attorney*  *WIEDER, NORI BETH*

08/24/2023  **Court Trial**  (1:30 PM)  (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
**MINUTES - 08/24/2023**
**Court Trial**  (08/25/2023 at 9:00 AM)  (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
Hearing Held In-Person
Court Clerk Minutes                                          Index # 67
Held On the Record;
*Parties Present:*  *Jurisdiction*  *State of Minnesota*
*Attorney*  *FRIEDBERG, JOSEPH S*
*Defendant*  *Wright, Antonio Dupree*
*Attorney*  *TAHIR, HASSAN WAQAS*
*Attorney*  *WIEDER, NORI BETH*

08/24/2023  **Court Trial**  (9:00 AM)  (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
*tracking with 62cr225111*
**MINUTES - 08/24/2023**
**Court Trial**  (08/24/2023 at 1:30 PM)  (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
Hearing Held In-Person
Court Clerk Minutes                                          Index # 65
*AM Minutes*
Held On the Record;
*Parties Present:*  *Jurisdiction*  *State of Minnesota*
*Attorney*  *FRIEDBERG, JOSEPH S*
*Defendant*  *Wright, Antonio Dupree*
*Attorney*  *TAHIR, HASSAN WAQAS*
*Attorney*  *WIEDER, NORI BETH*

08/23/2023  **Court Trial**  (1:30 PM)  (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
**MINUTES - 08/23/2023**
**Court Trial**  (08/24/2023 at 9:00 AM)  (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
*tracking with 62cr225111*
**Court Trial**  (08/24/2023 at 9:00 AM)  (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
*tracking with 62cr225111*
Hearing Held In-Person
Notice of Appearance                                         Index # 62
Court Clerk Minutes                                          Index # 63
Held On the Record;
*Parties Present:*  *Jurisdiction*  *State of Minnesota*
*Attorney*  *FRIEDBERG, JOSEPH S*
*Defendant*  *Wright, Antonio Dupree*
*Attorney*  *TAHIR, HASSAN WAQAS*

**Ramsey Criminal Downtown**

## Register of Actions.

### Case No. 62-CR-22-5116

Attorney    *WIEDER, NORI BETH*

08/23/2023    **Court Trial**   (9:00 AM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
**MINUTES - 08/23/2023**
**Court Trial**   (08/23/2023 at 1:30 PM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
Hearing Held In-Person

Court Clerk Minutes                                    Index # 61
Held On the Record;
Parties Present:   *Jurisdiction    State of Minnesota*
                   *Attorney    FRIEDBERG, JOSEPH S*
                   *Defendant    Wright, Antonio Dupree*
                   *Attorney    TAHIR, HASSAN WAQAS*
                   *Attorney    WIEDER, NORI BETH*

08/22/2023    **Court Trial**   (1:30 PM)
Resource: Location 1540 Courthouse
**MINUTES - 08/22/2023**
**Court Trial**   (08/23/2023 at 9:00 AM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
Hearing Held In-Person

Court Clerk Minutes                                    Index # 59
Held On the Record;
Parties Present:   *Jurisdiction    State of Minnesota*
                   *Attorney    FRIEDBERG, JOSEPH S*
                   *Defendant    Wright, Antonio Dupree*
                   *Attorney    TAHIR, HASSAN WAQAS*
                   *Attorney    WIEDER, NORI BETH*

08/22/2023    **Court Trial**   (9:00 AM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
**MINUTES - 08/22/2023**
**Court Trial**   (08/22/2023 at 1:30 PM)
Resource: Location 1540 Courthouse
Hearing Held In-Person
Court Clerk Minutes                Index # 58
Held On the Record;
Parties Present:   *Jurisdiction    State of Minnesota*
                   *Attorney    FRIEDBERG, JOSEPH S*
                   *Defendant    Wright, Antonio Dupree*
                   *Attorney    TAHIR, HASSAN WAQAS*
                   *Attorney    WIEDER, NORI BETH*

08/21/2023    **Hearing**   (9:00 AM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
08/21/2023 Reset by Court to 08/21/2023
**MINUTES - 08/21/2023**
**Court Trial**   (08/22/2023 at 9:00 AM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
Hearing Held In-Person

Court Clerk Minutes                                    Index # 55

Waiver of Jury Trial      (Judicial Officer: Olmstead, Kelly)    Index # 56
Held On the Record;
Parties Present:   *Jurisdiction    State of Minnesota*
                   *Attorney    FRIEDBERG, JOSEPH S*
                   *Defendant    Wright, Antonio Dupree*
                   *Attorney    TAHIR, HASSAN WAQAS*
                   *Attorney    WIEDER, NORI BETH*

07/24/2023    **Motion Hearing**   (9:00 AM)   (Judicial Officer: Olmstead, Kelly)

**Ramsey Criminal Downtown**

## Register of Actions.

### Case No. 62-CR-22-5116

Resource: Location 1540 Courthouse
*in person*
**MINUTES - 07/24/2023**

Hearing Held In-Person

Index # 43

Court Clerk Minutes

Order for Submissions-Under Advisement     (Judicial Officer: Olmstead, Kelly)
   *Issue: SPREIGL #1 Defense to submit Brief by 7/31/23. State's Response due 8/7/23. Then UA 90 days.*
Index # 44
Held On the Record;

03/06/2023   **Pre-trial**   (1:30 PM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1240 Courthouse
*in person*
**MINUTES - 03/06/2023**

Hearing Held In-Person

Index # 24

Court Clerk Minutes

Index # 25

Notice of Appearance
Held On the Record;
*Parties Present:   Jurisdiction   State of Minnesota*
                   *Attorney   FRIEDBERG, JOSEPH S*
                   *Defendant   Wright, Antonio Dupree*
                   *Attorney   TAHIR, HASSAN WAQAS*

12/09/2022   **Scheduling Conference**   (1:30 PM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1340 Courthouse
**MINUTES - 12/09/2022**
**Pre-trial**   (03/06/2023 at 1:30 PM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1240 Courthouse
*in person*
**Motion Hearing**   (07/24/2023 at 9:00 AM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
*in person*
**Hearing**   (08/21/2023 at 9:00 AM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
08/21/2023 Reset by Court to 08/21/2023

Hearing Held In-Person

Index # 21

Court Clerk Minutes

Index # 22

Notice of Appearance
Held On the Record;
*Parties Present:   Jurisdiction   State of Minnesota*
                   *Attorney   FRIEDBERG, JOSEPH S*
                   *Defendant   Wright, Antonio Dupree*
                   *Attorney   TAHIR, HASSAN WAQAS*

11/07/2022   **Omnibus Hearing**   (1:30 PM)   (Judicial Officer: Leary, William H., III)
Resource: Location LEC Courtroom 102
*28days wvd; bail rsvd*
**MINUTES - 11/07/2022**

Index # 16

Court Clerk Minutes
Hearing Held In-Person
Held On the Record;  PC Rsvd/NP. Referred to judicial assignment.
*Parties Present:   Jurisdiction   State of Minnesota*
                   *Attorney   FRIEDBERG, JOSEPH S*
                   *Defendant   Wright, Antonio Dupree*
                   *Attorney   TAHIR, HASSAN WAQAS*

09/30/2022   **First Appearance**   (9:00 AM)   (Judicial Officer: Starr, Nicole J.)
Resource: Location LEC Courtroom 102
*IOW- Comp filed as warrant*
**MINUTES - 09/30/2022**

**Ramsey Criminal Downtown**

## Register of Actions.

### Case No. 62-CR-22-5116

**Omnibus Hearing**  (11/07/2022 at 1:30 PM)   (Judicial Officer: Leary, William H., III)
Resource: Location LEC Courtroom 102
*28days wvd; bail rsvd*

Hearing Held In-Person
Index # 7

Court Clerk Minutes
Index # 8

Notice of Appearance
Order Granting Public Defender     (Judicial Officer: Starr, Nicole J.) Index # 9
Index # 10

No Contact Order     (Judicial Officer: Starr, Nicole J.)
Index # 11

No Contact Order     (Judicial Officer: Starr, Nicole J.)
Index # 12

No Contact Order     (Judicial Officer: Starr, Nicole J.)
Held On the Record;  switzer today
*Parties Present:   Jurisdiction   State of Minnesota*
*Defendant   Wright, Antonio Dupree*
*Attorney   Ramsey County Attorney Office*

---

## Conditions

---

09/15/2023   **Interim Condition for Wright, Antonio Dupree**
(Judicial Officer: Olmstead, Kelly)
- Release with No Bail, Bond, or Conditions Required (ROR)

09/30/2022   **Interim Condition for Wright, Antonio Dupree**
(Judicial Officer: Starr, Nicole J.   Exp: 09/15/2023)
- No contact with victim(s)
  *x3*
- Post Bail or Bond with No Conditions
  $25,000,000.00

09/07/2022   **Interim Condition for Wright, Antonio Dupree**
(Judicial Officer: Ostby, Elena L.   Exp: 09/30/2022)
Interim condition from JW as a courtesy
- Post Bail or Bond with No Conditions
  $25,000,000.00

---

## Bond Settings

---

09/07/2022   **Bond Setting**
1. Murder - 2nd Degree - With Intent-Not Premeditated
2. Murder - 2nd Degree - With Intent-Not Premeditated
3. Murder - 2nd Degree - With Intent-Not Premeditated
4. Murder - 2nd Degree - With Intent-Not Premeditated
5. Murder - 2nd Degree - With Intent-Not Premeditated
6. Murder - 2nd Degree - With Intent-Not Premeditated
Set by Judge $25,000,000.00 Any

# Ramsey Criminal Downtown

# Register of Actions.

## Case No. 62-CR-22-5111

| | | | |
|---|---|---|---|
| **State of Minnesota vs Antonio Dupree Wright** | § | Location: | **Ramsey Criminal Downtown** |
| | § | Judicial Officer: | **Judicial Team 1, Ramsey** |
| | § | Filed on: | **09/07/2022** |

---

## Case Information

| | |
|---|---|
| Case Type: | Crim/Traf Mandatory |
| Case Status: | **01/29/2024  Under Court Jurisdiction** |
| Case Flags: | **Fingerprints Required by Statute** |
| | **Fingerprints taken** |
| | **Speedy Trial Demand** |
| | **Exhibits exist in MNDES** |

### Offense

Community of Offense: **St. Paul**

1. Kidnapping-To Facilitate Felony or Flight

| Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|
| 609.25.1(2) | FEL | 09/02/2022 | 09/07/2022 |

Addtl Statutes:

| Description | Statute | Degree |
|---|---|---|
| Liability for Crimes of Another-Intentional | 609.05.1 | NONE |

| Description | Statute | Degree |
|---|---|---|
| Dangerous Offenders-Increased Penalties-3rd Violent Crime | 609.1095.2 | FEL |

| Description | Statute | Degree |
|---|---|---|
| Dangerous Offenders-Mandatory Sentence-3rd Violent Crime | 609.1095.3 | FEL |

| Description | Statute | Degree |
|---|---|---|
| Kidnap-Not Release Safe Place-Great Bodily Harm or U/16 - Sentence | 609.25.2(2) | FEL |



EXHIBIT
C

**Disposition:** Convicted

Offense Reports
    Control #:  22162942
    Agency:  St. Paul Police Department
             367 Grove Street
             St. Paul, MN, 55101

2.   Kidnapping-To Commit Great Bodily Harm/Terrorize

| Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|
| 609.25.1(3) | FEL | 09/02/2022 | 09/07/2022 |

Addtl Statutes:

| Description | Statute | Degree |
|---|---|---|
| Liability for Crimes of Another-Intentional | 609.05.1 | NONE |

| Description | Statute | Degree |
|---|---|---|
| Dangerous Offenders-Increased Penalties-3rd Violent Crime | 609.1095.2 | FEL |

| Description | Statute | Degree |
|---|---|---|
| Dangerous Offenders-Mandatory Sentence-3rd Violent Crime | 609.1095.3 | FEL |

| Description | Statute | Degree |
|---|---|---|
| Kidnap-Not Release Safe Place-Great Bodily Harm or U/16 - Sentence | 609.25.2(2) | FEL |

**Disposition:** Convicted
**Level of Sentence:** Convicted of a Felony

Offense Reports
    Control #:  22162942
    Agency:  St. Paul Police Department
             367 Grove Street
             St. Paul, MN, 55101

3.   Attempted Murder - 2nd Degree - With Intent-Not Premeditated

| Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|
| 609.19.1(1) | FEL | 09/02/2022 | 09/07/2022 |

Addtl Statutes:

| Description | Statute | Degree |
|---|---|---|
| Dangerous Offenders-Increased Penalties-3rd Violent Crime | 609.1095.2 | FEL |

| Description | Statute | Degree |
|---|---|---|
| Dangerous Offenders-Mandatory Sentence-3rd Violent Crime | 609.1095.3 | FEL |

| Description | Statute | Degree |
|---|---|---|
| Minimum Sentences of Imprisonment-Firearm Use or Possession | 609.11.5(a) | FEL |

| Description | Statute | Degree |
|---|---|---|
| Anticipatory Crimes-Attempts | 609.17.1 | NONE |

**Disposition:** Convicted

**Level of Sentence:** Convicted of a Felony

Offense Reports
    Control #:   22162942
    Agency:   St. Paul Police Department
              367 Grove Street
              St. Paul, MN, 55101

4. Attempted Murder - 2nd Degree - Drive-by Shooting

| Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|
| 609.19.1(2) | FEL | 09/02/2022 | 09/07/2022 |

Addtl Statutes:

| Description | Statute | Degree |
|---|---|---|
| Dangerous Offenders-Increased Penalties-3rd Violent Crime | 609.1095.2 | FEL |
| Dangerous Offenders-Mandatory Sentence-3rd Violent Crime | 609.1095.3 | FEL |
| Minimum Sentences of Imprisonment-Firearm Use or Possession | 609.11.5(a) | FEL |
| Anticipatory Crimes-Attempts | 609.17.1 | NONE |

**Disposition:** Dismissed

Offense Reports
    Control #:   22162942
    Agency:   St. Paul Police Department
              367 Grove Street
              St. Paul, MN, 55101

# Warrants

Arrest, Complaint, Order of Detention - Wright, Antonio Dupree (Judicial Officer: Yang,Adam ,)
    09/29/2022   07:19 PM   Warrant Cleared by Arrest
    09/07/2022   10:27 AM   Issued Active
Fine:
    $0.00
Bond Set:
      $2,000,000.00
      Any
Notes:
    09/07/2022   2000000

---

# Assignment Information

---

## Current Case Assignment

Case Number   62-CR-22-5111

| | |
|---|---|
| Court | Ramsey Criminal Downtown |
| Date Assigned | 09/07/2022 |
| Judicial Officer | Judicial Team 1, Ramsey |

**Previous Case Assignments**

| | |
|---|---|
| Case Number | 62-CR-22-5111 |
| Court | Ramsey Criminal Downtown |
| Date Assigned | 09/07/2022 |
| Reason | Initial Assignment |

# Party Information

| Jurisdiction | **State of Minnesota** | **CHOI, JOHN JUNG-HOON** |
|---|---|---|
| | NONE | *Retained* |
| | | Ramsey County Attorney's Office |
| | | 360 Wabasha St N |
| | | Suite 100 |
| | | St Paul, MN 55102 |

| Defendant | **Wright, Antonio Dupree** | **RICHMAN, ROBERT DAVID** |
|---|---|---|
| | 4040 20th Ave. S | *Retained* |
| | Minneapolis, MN 55407 | P.O. Box 16643 |
| | Male | St. Louis Park, MN 55416 |
| | DOB:  05/02/1981 | |
| | SID:  11EF5617 | |
| | Other Agency Number:   771217 SILS Identifier | |

# Case Events

08/12/2025    Petition for Review of Decision of Court of Appeals
              *A24-0708; [Appellate Case Status - no document produced for district court case]*

Index # 158

07/14/2025                                                                          Index # 157
              Appellate Court Opinion - Nonprecedential
              *A24-0708; Affirmed*

12/24/2024    Record Transmitted to Appellate Court
              *A24-0708*

12/23/2024                                                                          Index # 156
              Appellate Exhibit List
              *A24-0708; MNDES*

| 12/23/2024 | Appellate Exhibit List<br>*A24-0708; MNCIS* | Index # 155 |
| 12/19/2024 | Request for Trial Court Record-Appellate Court<br>*A24-0708* | Index # 154 |
| 09/06/2024 | Court Reporter Certificate of Filing &Delivery-Appellate Crt<br>*Filed by CR Lora Kohan; Exhibit Transcripts only* | Index # 147 |
| 09/06/2024 | Other Document<br>*Transcript of Trial Court Exhibit 4* | Index # 148 |
| 09/06/2024 | Other Document<br>*Transcript of Trial Court Exhibit 5* | Index # 149 |
| 09/06/2024 | Other Document<br>*Transcript of Trial Exhibit 22, Audio 1* | Index # 150 |
| 09/06/2024 | Other Document<br>*Transcript of Trial Exhibit 22, Audio 2* | Index # 151 |
| 09/06/2024 | Other Document<br>*Transcript of Trial Exhibit 39* | Index # 152 |
| 09/06/2024 | Other Document<br>*Transcript of Trial Exhitit 40* | Index # 153 |
| 07/18/2024 | Court Reporter Certificate of Filing &Delivery-Appellate Crt<br>*Filed by CR Andrew Meron* | Index # 146 |
| 07/18/2024 | Transcript<br>*Hearing; 11/09/2023; Judge David Brown* | Index # 145 |
| 07/16/2024 | Transcript<br>*Hearing; 10/02/2023; Judge Kelly Olmstead* | Index # 134 |
| 07/16/2024 | Transcript<br>*Hearing; 11/13/2023; Judge Kelly Olmstead* | Index # 135 |

| 07/16/2024 | | Index # 136 |
|---|---|---|

Transcript
*Voir Dire; 12/04/2023; Judge Kelly Olmstead*

| 07/16/2024 | | Index # 137 |
|---|---|---|

Transcript
*Jury Trial; 12/05/2023; Judge Kelly Olmstead*

| 07/16/2024 | | Index # 138 |
|---|---|---|

Transcript
*Jury Trial; 12/06/2023; Judge Kelly Olmstead*

| 07/16/2024 | | Index # 139 |
|---|---|---|

Transcript
*Jury Trial; 12/07/2023; Judge Kelly Olmstead*

| 07/16/2024 | | Index # 140 |
|---|---|---|

Transcript
*Jury Trial; 12/08/2023; Judge Kelly Olmstead*

| 07/16/2024 | | Index # 141 |
|---|---|---|

Transcript
*Jury Trial; 12/11/2023; Judge Kelly Olmstead*

| 07/16/2024 | | Index # 142 |
|---|---|---|

Transcript
*Jury Trial; 12/12/2023; Judge Kelly Olmstead*

| 07/16/2024 | | Index # 143 |
|---|---|---|

Transcript
*Sentencing; 01/29/2024; Judge Kelly Olmstead*

| 07/16/2024 | | Index # 144 |
|---|---|---|

Court Reporter Certificate of Filing &Delivery-Appellate Crt
*Filed by CR Lora Kohan*

| 07/01/2024 | | Index # 132 |
|---|---|---|

Transcript
*Pre-trial; 10/16/2023; Judge Kelly Olmstead*

| 07/01/2024 | | Index # 133 |
|---|---|---|

Court Reporter Certificate of Filing &Delivery-Appellate Crt
*Filed by CR Suzanne Hagen*

| 06/17/2024 | | Index # 130 |
|---|---|---|

Court Reporter Certificate of Filing &Delivery-Appellate Crt
*Filed by CR Mary Briody*

| 06/17/2024 | | Index # 131 |
|---|---|---|

Court Reporter Certificate of Filing &Delivery-Appellate Crt
*Filed by CR Mary Briody [Dupicate of Index #130]*

| 06/17/2024 | Transcript<br>*First Appearance; 09/30/2022; Judge Nicole J. Starr* | Index # 129 |
|---|---|---|

| 06/11/2024 | Court Reporter Certificate as to Transcript-Appellate Court<br>*Signed by CR Suzanne Hagen* | Index # 128 |
|---|---|---|

| 05/29/2024 | Transcript<br>*Omnibus Hearing; 11/07/2022; Judge William H. Leary, III* | Index # 126 |
|---|---|---|

| 05/29/2024 | Court Reporter Certificate of Filing &Delivery-Appellate Crt<br>*Filed by CR Melissa Arbogast* | Index # 127 |
|---|---|---|

| 05/27/2024 | Court Reporter Certificate as to Transcript-Appellate Court<br>*Signed by CR Andrew Meron* | Index # 125 |
|---|---|---|

| 05/22/2024 | Court Reporter Certificate as to Transcript-Appellate Court<br>*Signed by CR Mary Briody* | Index # 124 |
|---|---|---|

| 05/21/2024 | Court Reporter Certificate as to Transcript-Appellate Court<br>*Signed by CR Lora Kohan* | Index # 123 |
|---|---|---|

| 05/17/2024 | Court Reporter Certificate as to Transcript-Appellate Court<br>*Signed by CR Melissa Arbogast* | Index # 122 |
|---|---|---|

| 05/17/2024 | Request for Transcript<br>*From CR Lora Kohan* | Index # 117 |
|---|---|---|

| 05/17/2024 | Request for Transcript<br>*From CR Mary Briody* | Index # 118 |
|---|---|---|

| 05/17/2024 | Request for Transcript<br>*From CR Melissa Arbogast* | Index # 119 |
|---|---|---|

| 05/17/2024 | Request for Transcript<br>*From CR Suzanne Hagen* | Index # 120 |
|---|---|---|

| 05/17/2024 | Request for Transcript<br>*From CR Andrew Meron* | Index # 121 |
|---|---|---|

| 04/29/2024 | | Index # 116 |

Notice of Appeal
> *to Court of Appeals; A24-0708*

| 04/29/2024 | | Index # 115 |

Appellate Notice of Case Filing
> *A24-0708*

02/29/2024

Order Regarding Access to Confidential or Sealed Record    (Judicial Officer: Olmstead, Kelly)
> *Granted*

Index # 114

| 02/22/2024 | | Index # 112 |

Request for Access to Confidential or Sealed Record
> *from SPDO - DUPLICATE of Index 110*

02/22/2024

Proposed Order or Document
> *regarding access to confidential or sealed record from SPDO - DUPLICATE of Index 111*

Index # 113

| 02/20/2024 | | Index # 109 |

Exhibit List
> *Jury Trial; 12/04/2023 - 12/12/2023; MNDES*

| 02/19/2024 | | Index # 110 |

Request for Access to Confidential or Sealed Record
> *SPDO*

*1-50 of 193*

---

## Dispositions

01/29/2024   **Court Decision** (Judicial Officer: Olmstead, Kelly)

3. Attempted Murder - 2nd Degree - With Intent-Not Premeditated
Sentenced
Commit to Commissioner of Corrections - Adult:
MN Correctional Facility - St. Cloud
153 Mo
Report on 01/29/2024
Credit for Time Served for 0 Days
Status: Active 01/29/2024
Fee Totals:
Due 04/28/2024
Fine $
0.00
Imposed Fine $
0.00


County/Sheriff & Felony Fines
0.00

Fee Totals $
0.00

Concurrent/Consecutive:
Consecutive
Count: 2
Level of Sentence:
Convicted of a Felony

01/29/2024    **Court Decision** (Judicial Officer: Olmstead, Kelly)
    2. Kidnapping-To Commit Great Bodily Harm/Terrorize
    Sentenced
    Commit to Commissioner of Corrections - Adult:
        MN Correctional Facility - St. Cloud
        161 Mo
        Report on 01/29/2024
        Credit for Time Served for 488 Days
        Status: Active 01/29/2024
    Fee Totals:
        Due 04/28/2024
        Fine $
          50.00
        Imposed Fine $
          50.00

        County/Sheriff & Felony Fines
          50.00

        Crim/Traffic Surcharge (once per case)
          75.00

        Law Library Fees
          10.00

        Public Defender Co-Payment
          75.00
            Waived

        Ramsey County Surcharge
          1.00

        Fee Totals $
          136.00

    Level of Sentence:
        Convicted of a Felony


01/29/2024    **Court Decision** (Judicial Officer: Olmstead, Kelly)
    1. Kidnapping-To Facilitate Felony or Flight
        No sentence pronounced

01/29/2024   **Disposition** (Judicial Officer: Olmstead, Kelly)
> 1. Kidnapping-To Facilitate Felony or Flight
>     Convicted
> 2. Kidnapping-To Commit Great Bodily Harm/Terrorize
>     Convicted
> 3. Attempted Murder - 2nd Degree - With Intent-Not Premeditated
>     Convicted

12/11/2023   **Disposition** (Judicial Officer: Olmstead, Kelly)
> 4. Attempted Murder - 2nd Degree - Drive-by Shooting
>     Dismissed

---

## Hearings

01/29/2024      **Sentencing**   (1:30 PM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
*(in-person); Found Guilty by Jury Ct's, 1-3*
**MINUTES - 01/29/2024**
**Disposition** (Judicial Officer: Olmstead, Kelly)
  1. Kidnapping-To Facilitate Felony or Flight
     Convicted
  2. Kidnapping-To Commit Great Bodily Harm/Terrorize
     Convicted
  3. Attempted Murder - 2nd Degree - With Intent-Not Premeditated
     Convicted

**Court Decision** (Judicial Officer: Olmstead, Kelly)
  1. Kidnapping-To Facilitate Felony or Flight
     No sentence pronounced

**Court Decision** (Judicial Officer: Olmstead, Kelly)
  2. Kidnapping-To Commit Great Bodily Harm/Terrorize
     Sentenced
     Commit to Commissioner of Corrections - Adult:
        MN Correctional Facility - St. Cloud
        161 Mo
        Report on 01/29/2024
        Credit for Time Served for 488 Days
        Status: Active 01/29/2024
     Fee Totals:
        Due 04/28/2024
        Fine $
           50.00
        Imposed Fine $
           50.00


        County/Sheriff & Felony Fines
           50.00

        Crim/Traffic Surcharge (once per case)
           75.00

        Law Library Fees
           10.00

        Public Defender Co-Payment
           75.00
              Waived

        Ramsey County Surcharge

1.00

Fee Totals $
136.00

Level of Sentence:
Convicted of a Felony

**Court Decision** (Judicial Officer: Olmstead, Kelly)
3. Attempted Murder - 2nd Degree - With Intent-Not Premeditated
Sentenced
Commit to Commissioner of Corrections - Adult:
MN Correctional Facility - St. Cloud
153 Mo
Report on 01/29/2024
Credit for Time Served for 0 Days
Status: Active 01/29/2024
Fee Totals:
Due 04/28/2024
Fine $
0.00
Imposed Fine $
0.00

County/Sheriff & Felony Fines
0.00

Fee Totals $
0.00

Concurrent/Consecutive:
Consecutive
Count: 2
Level of Sentence:
Convicted of a Felony

Hearing Held In-Person

Index # 104
Court Clerk Minutes

01/30/2024
Sentencing Order    (Judicial Officer: Olmstead, Kelly)
*1.29.24*
Index # 105


Order Canceling No Contact Order    (Judicial Officer: Olmstead, Kelly)

12/12/2023   **Jury Trial**   (1:30 PM)   (Judicial Officer: Olmstead, Kelly)
             Index # 107
             Resource: Location 1540 Courthouse
             Held On the Record;
             **MINUTES - 12/12/2023**
             *Parties Present:*   *Jurisdiction*   *State of Minnesota*
             **Sentencing**   (01/29/2024 at 1:30 PM)   (Judicial Officer: Olmstead, Kelly)
                        *Attorney*   *GRIGSBY, STEPHEN VINCENT*
                  Resource: Location 1540 Courthouse
                        *Defendant*   *Wright, Antonio Dupree*
                  *(in-person); Found Guilty by Jury Ct's 1-3*
                        *Attorney*   *TAHIR, HASSAN WAQAS*

             **Sentencing**   (01/29/2024 at 1:30 PM)   (Judicial Officer: Olmstead, Kelly)
                  Resource: Location 1540 Courthouse
                  *(in-person); Found Guilty by Jury Ct's, 1-3*

                              Hearing Held In-Person

                                                            Index # 89
                              Court Clerk Minutes
                                 *PM Minutes*

                                                            Index # 90
                              Notice of Appearance

                  Order-Presentence Investigation   (Judicial Officer: Olmstead, Kelly)
                     *Found Guilty by Jury Ct's 1-3 [Verbal from the Bench]*
                  Index # 91

                                                            Index # 92
                              Verdict
                                 *Count 1 - Found Guilty*

                                                            Index # 93
                              Verdict
                                 *Count 2 - Found Guilty*

                                                            Index # 94
                              Verdict
                                 *Count 3 - Found Guilty*

                              Jury Instructions Document   (Judicial Officer: Olmstead, Kelly)
                                 *Jury Question*
                  Index # 95

                              Jury Instructions Document   (Judicial Officer: Olmstead, Kelly)
                  Index # 96

                                                            Index # 97
                              Prospective Juror List

                                                            Index # 98
                              Juror Profile List
                  Held On the Record;  Found Guilty by Jury Ct's, 1-3
                  *Parties Present:*   *Jurisdiction*   *State of Minnesota*
                                 *Attorney*   *GRIGSBY, STEPHEN VINCENT*
                                 *Defendant*   *Wright, Antonio Dupree*
                                 *Attorney*   *TAHIR, HASSAN WAQAS*
                                 *Attorney*   *WIEDER, NORI BETH*

12/12/2023    **Jury Trial**   (9:00 AM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
**MINUTES - 12/12/2023**
**Jury Trial**   (12/12/2023 at 1:30 PM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse

Hearing Held In-Person

Index # 88

Court Clerk Minutes
*AM Minutes*
Held On the Record;
*Parties Present:   Jurisdiction   State of Minnesota*
*Attorney   GRIGSBY, STEPHEN VINCENT*
*Defendant   Wright, Antonio Dupree*
*Attorney   TAHIR, HASSAN WAQAS*
*Attorney   WIEDER, NORI BETH*

12/11/2023    **Jury Trial**   (1:30 PM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
**MINUTES - 12/11/2023**
**Jury Trial**   (12/12/2023 at 9:00 AM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse

Hearing Held In-Person

Index # 86

Court Clerk Minutes
*PM minutes*
Held On the Record;
*Parties Present:   Jurisdiction   State of Minnesota*
*Attorney   GRIGSBY, STEPHEN VINCENT*
*Defendant   Wright, Antonio Dupree*
*Attorney   TAHIR, HASSAN WAQAS*

12/11/2023    **Jury Trial**   (11:00 AM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
**MINUTES - 12/11/2023**
**Disposition** (Judicial Officer: Olmstead, Kelly)
 4. Attempted Murder - 2nd Degree - Drive-by Shooting
  Dismissed

**Jury Trial**   (12/11/2023 at 1:30 PM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse

Hearing Held In-Person
                                          Index # 85
Court Clerk Minutes
  *AM Minutes*
Held On the Record;
*Parties Present:   Jurisdiction   State of Minnesota*
            *Attorney   GRIGSBY, STEPHEN VINCENT*
            *Defendant   Wright, Antonio Dupree*
            *Attorney   TAHIR, HASSAN WAQAS*

12/08/2023    **Jury Trial**   (9:00 AM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
**MINUTES - 12/08/2023**
**Jury Trial**   (12/11/2023 at 11:00 AM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse

Hearing Held In-Person
                                          Index # 84
Court Clerk Minutes
Held On the Record;
*Parties Present:   Jurisdiction   State of Minnesota*
            *Attorney   GRIGSBY, STEPHEN VINCENT*
            *Defendant   Wright, Antonio Dupree*
            *Attorney   TAHIR, HASSAN WAQAS*
            *Attorney   WIEDER, NORI BETH*

12/07/2023   **Jury Trial**   (1:30 PM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
**MINUTES - 12/07/2023**
**Jury Trial**   (12/08/2023 at 9:00 AM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse

Hearing Held In-Person

Index # 81
Court Clerk Minutes
*PM Minutes*

Motion     (Judicial Officer: Olmstead, Kelly)
*Defense Verbal Motion for Mistrial - DENIED [Verbal from the Bench]*
Party:   Attorney GRIGSBY, STEPHEN VINCENT
*Defense Verbal Motion for Mistrial - DENIED [Verbal from the Bench]*
Index # 82
Held On the Record;
*Parties Present:   Jurisdiction   State of Minnesota*
*Attorney   GRIGSBY, STEPHEN VINCENT*
*Defendant   Wright, Antonio Dupree*
*Attorney   TAHIR, HASSAN WAQAS*
*Attorney   WIEDER, NORI BETH*

12/07/2023   **Jury Trial**   (9:00 AM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
**MINUTES - 12/07/2023**
**Jury Trial**   (12/07/2023 at 1:30 PM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse

Hearing Held In-Person
Index # 80
Court Clerk Minutes
*AM Minutes*
Held On the Record;
*Parties Present:   Jurisdiction   State of Minnesota*
*Attorney   GRIGSBY, STEPHEN VINCENT*
*Defendant   Wright, Antonio Dupree*
*Attorney   TAHIR, HASSAN WAQAS*
*Attorney   WIEDER, NORI BETH*

12/06/2023    **Jury Trial**    (1:30 PM)    (Judicial Officer: Olmstead, Kelly)
      Resource: Location 1540 Courthouse
      **MINUTES - 12/06/2023**
           Hearing Held In-Person
                      Index # 78
           Notice of Appearance
                            Index # 79
           Court Clerk Minutes
              *PM Minutes*
      **Jury Trial**    (12/07/2023 at 9:00 AM)    (Judicial Officer: Olmstead, Kelly)
           Resource: Location 1540 Courthouse

      Held On the Record;
      *Parties Present:    Jurisdiction    State of Minnesota*
                  *Attorney    GRIGSBY, STEPHEN VINCENT*
                  *Defendant    Wright, Antonio Dupree*
                  *Attorney    TAHIR, HASSAN WAQAS*
                  *Attorney    WIEDER, NORI BETH*

12/06/2023    **Jury Trial**    (9:00 AM)    (Judicial Officer: Olmstead, Kelly)
      Resource: Location 1540 Courthouse
      **MINUTES - 12/06/2023**
      **Jury Trial**    (12/06/2023 at 1:30 PM)    (Judicial Officer: Olmstead, Kelly)
           Resource: Location 1540 Courthouse
           Hearing Held In-Person
                            Index # 77
           Court Clerk Minutes
              *AM Minutes*
      Held On the Record;
      *Parties Present:    Jurisdiction    State of Minnesota*
                  *Attorney    GRIGSBY, STEPHEN VINCENT*
                  *Defendant    Wright, Antonio Dupree*
                  *Attorney    TAHIR, HASSAN WAQAS*
                  *Attorney    WIEDER, NORI BETH*

12/05/2023  **Jury Trial**  (1:30 PM)  (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
**MINUTES - 12/05/2023**
**Jury Trial**  (12/06/2023 at 9:00 AM)  (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse

Hearing Held In-Person

                                                Index # 75

Court Clerk Minutes
*PM Minutes*
Held On the Record;
*Parties Present:*   *Jurisdiction*   *State of Minnesota*
*Attorney*   *GRIGSBY, STEPHEN VINCENT*
*Defendant*   *Wright, Antonio Dupree*
*Attorney*   *TAHIR, HASSAN WAQAS*
*Attorney*   *WIEDER, NORI BETH*

12/05/2023  **Jury Trial**  (9:00 AM)  (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
**MINUTES - 12/05/2023**
**Jury Trial**  (12/05/2023 at 1:30 PM)  (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse

Hearing Held In-Person

                                                Index # 74

Court Clerk Minutes
*AM Minutes*
Held On the Record;
*Parties Present:*   *Jurisdiction*   *State of Minnesota*
*Attorney*   *GRIGSBY, STEPHEN VINCENT*
*Defendant*   *Wright, Antonio Dupree*
*Attorney*   *TAHIR, HASSAN WAQAS*
*Attorney*   *WIEDER, NORI BETH*

12/04/2023    **Voir Dire**   (9:00 AM)   (Judicial Officer: Olmstead, Kelly)
         Resource: Location 1540 Courthouse
         **MINUTES - 12/04/2023**
         **Jury Trial**   (12/05/2023 at 9:00 AM)   (Judicial Officer: Olmstead, Kelly)
           Resource: Location 1540 Courthouse

               Hearing Held In-Person

                     Index # 70

               Court Clerk Minutes
         Held On the Record;
         *Parties Present:*   *Jurisdiction*   *State of Minnesota*
                       *Attorney*   *GRIGSBY, STEPHEN VINCENT*
                       *Defendant*   *Wright, Antonio Dupree*
                       *Attorney*   *TAHIR, HASSAN WAQAS*

11/15/2023    **Case Agreement**   (1:30 PM)   (Judicial Officer: Olmstead, Kelly)
         Resource: Location 1540 Courthouse
         *Will be heard at 2pm*
         **MINUTES - 11/15/2023**
         **Voir Dire**   (12/04/2023 at 9:00 AM)   (Judicial Officer: Olmstead, Kelly)
           Resource: Location 1540 Courthouse

               Hearing Held In-Person

                     Index # 60

               Court Clerk Minutes

                     Index # 61

               Notice of Appearance
         Held Off the Record;
         *Parties Present:*   *Jurisdiction*   *State of Minnesota*
                       *Attorney*   *GRIGSBY, STEPHEN VINCENT*
                       *Defendant*   *Wright, Antonio Dupree*
                       *Attorney*   *TAHIR, HASSAN WAQAS*
                       *Attorney*   *WIEDER, NORI BETH*

11/13/2023    **Hearing**   (9:00 AM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
*JT STANDBY*
11/13/2023 Reset by Court to 11/13/2023
**MINUTES - 11/13/2023**
**Case Agreement**   (11/15/2023 at 1:30 PM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
*Will be heard at 2pm*

Hearing Held In-Person

Index # 56

Court Clerk Minutes

Index # 57

Notice of Appearance

Order Granting Public Defender    (Judicial Officer: Olmstead, Kelly)
*[Verbal from the Bench]*
Index # 58

Motion    (Judicial Officer: Olmstead, Kelly)
*Defense Verbal Motion to Withdraw - GRANTED [Verbal from the Bench]*
Party:   Defendant Wright, Antonio Dupree
*Defense Verbal Motion to Withdraw - GRANTED [Verbal from the Bench]*
Index # 59
Held On the Record;
*Parties Present:*   *Jurisdiction*   *State of Minnesota*
                *Attorney*   *FRIEDBERG, JOSEPH S*
                *Defendant*   *Wright, Antonio Dupree*
                *Attorney*   *TAHIR, HASSAN WAQAS*
                *Attorney*   *WIEDER, NORI BETH*

11/09/2023    **Hearing**   (10:00 AM)   (Judicial Officer: Brown, David)
Resource: Location 1440 Courthouse
*TMC*
**MINUTES - 11/09/2023**
**Hearing**   (11/13/2023 at 9:00 AM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
*JT STANDBY*
11/13/2023 Reset by Court to 11/13/2023

Hearing Held In-Person

Index # 52

Court Clerk Minutes

Index # 53

Notice of Appearance
Held On the Record;
*Parties Present:*   *Jurisdiction*   *State of Minnesota*
               *Attorney*   *FRIEDBERG, JOSEPH S*
               *Defendant*   *Wright, Antonio Dupree*
               *Attorney*   *TAHIR, HASSAN WAQAS*

10/16/2023    **Pre-trial**   (2:00 PM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
**MINUTES - 10/16/2023**
**Hearing**   (11/09/2023 at 10:00 AM)   (Judicial Officer: Brown, David)
Resource: Location 1440 Courthouse
*TMC*

Index # 45

Notice of Appearance
Hearing Held In-Person

Index # 46

Court Clerk Minutes
Demand-Speedy Trial          Index # 47
*[Verbal on the Record]*

Motion    (Judicial Officer: Olmstead, Kelly)
*Defense Verbal Motion for Conditional Release - DENIED [Verbal from the Bench]*
Party:   Attorney FRIEDBERG, JOSEPH S
*Defense Verbal Motion for Conditional Release - DENIED [Verbal from the Bench]*
Index # 48
Held On the Record;   Bruce Rivers obo Friedberg
*Parties Present:*   *Jurisdiction*   *State of Minnesota*
               *Defendant*   *Wright, Antonio Dupree*
               *Attorney*   *TAHIR, HASSAN WAQAS*

10/02/2023     **Hearing**   (2:00 PM)   (Judicial Officer: Olmstead, Kelly)
                Resource: Location 1540 Courthouse
                **MINUTES - 10/02/2023**
                                    Hearing Held In-Person
                                    Index # 43
                                    Court Clerk Minutes
                Held On the Record;
                *Parties Present:*   *Jurisdiction*   *State of Minnesota*
                                    *Attorney*   *FRIEDBERG, JOSEPH S*
                                    *Defendant*   *Wright, Antonio Dupree*
                                    *Attorney*   *TAHIR, HASSAN WAQAS*

09/15/2023     **Hearing**   (9:00 AM)   (Judicial Officer: Olmstead, Kelly)
                Resource: Location 840 Courthouse
                **MINUTES - 09/15/2023**
                                    Hearing Held In-Person
                                    Index # 41
                                    Court Clerk Minutes
                Held On the Record;  Bruce Rivers for defense
                *Parties Present:*   *Jurisdiction*   *State of Minnesota*
                                    *Defendant*   *Wright, Antonio Dupree*
                                    *Attorney*   *TAHIR, HASSAN WAQAS*
                                    *Attorney*   *WIEDER, NORI BETH*

08/28/2023     **Case Agreement**   (9:00 AM)   (Judicial Officer: Olmstead, Kelly)
                Resource: Location 1540 Courthouse
                *track w/ 62-CR-22-5116*
                **MINUTES - 08/28/2023**
                                    Hearing Held In-Person
                                    Index # 39
                                    Court Clerk Minutes
                Held Off the Record;
                *Parties Present:*   *Jurisdiction*   *State of Minnesota*
                                    *Attorney*   *FRIEDBERG, JOSEPH S*
                                    *Defendant*   *Wright, Antonio Dupree*
                                    *Attorney*   *TAHIR, HASSAN WAQAS*
                                    *Attorney*   *WIEDER, NORI BETH*

08/25/2023    **Hearing**    (1:30 PM)    (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
*Track w/62-CR-22-5116*
**MINUTES - 08/25/2023**
**Case Agreement**    (08/28/2023 at 9:00 AM)    (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
*track w/ 62-CR-22-5116*

**Case Agreement**    (08/28/2023 at 9:00 AM)    (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
*track w/ 62-CR-22-5116*

Hearing Held In-Person

Index # 38

Court Clerk Minutes
*PM Minutes*

Held On the Record;
*Parties Present:    Jurisdiction    State of Minnesota*
*Attorney    FRIEDBERG, JOSEPH S*
*Defendant    Wright, Antonio Dupree*
*Attorney    TAHIR, HASSAN WAQAS*
*Attorney    WIEDER, NORI BETH*

08/25/2023    **Hearing**    (9:00 AM)    (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
*Track w/ 62-CR-22-5116*
**MINUTES - 08/25/2023**
**Hearing**    (08/25/2023 at 1:30 PM)    (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
*Track w/62-CR-22-5116*

Hearing Held In-Person

Index # 36

Court Clerk Minutes
*AM Minutes*

Index # 37

Notice of Appearance

Held On the Record;
*Parties Present:    Jurisdiction    State of Minnesota*
*Attorney    FRIEDBERG, JOSEPH S*
*Defendant    Wright, Antonio Dupree*
*Attorney    TAHIR, HASSAN WAQAS*
*Attorney    WIEDER, NORI BETH*

08/24/2023   **Hearing**   (1:30 PM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
*tracking w/ 62-CR-22-5116*
**MINUTES - 08/24/2023**
**Hearing**   (08/25/2023 at 9:00 AM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
*Track w/ 62-CR-22-5116*

**Hearing**   (08/25/2023 at 9:00 AM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
*Track w/ 62-CR-22-5116*

Hearing Held In-Person
                                  Index # 35
Court Clerk Minutes
*PM Minutes*
Held On the Record;
*Parties Present:   Jurisdiction   State of Minnesota*
*Attorney   FRIEDBERG, JOSEPH S*
*Defendant   Wright, Antonio Dupree*
*Attorney   TAHIR, HASSAN WAQAS*
*Attorney   WIEDER, NORI BETH*

08/24/2023   **Case Agreement**   (9:00 AM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
*tracking with 62-CR-22-5116*
**MINUTES - 08/24/2023**
**Hearing**   (08/24/2023 at 1:30 PM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
*tracking w/ 62-CR-22-5116*

Hearing Held In-Person
                                  Index # 34
Court Clerk Minutes
*AM Minutes*
Held Off the Record;
*Parties Present:   Jurisdiction   State of Minnesota*
*Attorney   FRIEDBERG, JOSEPH S*
*Defendant   Wright, Antonio Dupree*
*Attorney   TAHIR, HASSAN WAQAS*
*Attorney   WIEDER, NORI BETH*

08/23/2023    **Hearing**  (1:30 PM)  (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
**MINUTES - 08/23/2023**
**Case Agreement**  (08/24/2023 at 9:00 AM)  (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
*tracking with 62-CR-22-5116*

**Case Agreement**  (08/24/2023 at 9:00 AM)  (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
*tracking with 62-CR-22-5116*

Hearing Held In-Person
                                     Index # 32
Notice of Appearance
                                     Index # 33
Court Clerk Minutes
*PM Minutes*
Held On the Record;
*Parties Present:  Jurisdiction   State of Minnesota*
*Attorney   FRIEDBERG, JOSEPH S*
*Defendant   Wright, Antonio Dupree*
*Attorney   TAHIR, HASSAN WAQAS*
*Attorney   WIEDER, NORI BETH*

08/23/2023    **Hearing**  (9:00 AM)  (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
*Track w/ 62-CR-22-5116*
**MINUTES - 08/23/2023**
Hearing Held In-Person
                             Index # 31
Court Clerk Minutes
*AM Minutes*
**Hearing**  (08/23/2023 at 1:30 PM)  (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse

Held On the Record;

08/22/2023   **Hearing**   (1:30 PM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
*Track w/ 62-CR-22-5116*
**MINUTES - 08/22/2023**
**Hearing**   (08/23/2023 at 9:00 AM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
*Track w/ 62-CR-22-5116*

**Hearing**   (08/23/2023 at 9:00 AM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
*Track w/ 62-CR-22-5116*

**Hearing**   (08/23/2023 at 9:00 AM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
*Track w/ 62-CR-22-5116*

Hearing Held In-Person

Index # 30
Court Clerk Minutes
*PM Minutes*
Held On the Record;
*Parties Present:*   *Jurisdiction   State of Minnesota*
*Attorney   FRIEDBERG, JOSEPH S*
*Defendant   Wright, Antonio Dupree*
*Attorney   TAHIR, HASSAN WAQAS*
*Attorney   WIEDER, NORI BETH*

08/22/2023   **Hearing**   (9:00 AM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
*tracking w/ 62-CR-22-5116*
**MINUTES - 08/22/2023**
**Hearing**   (08/22/2023 at 1:30 PM)   (Judicial Officer: Olmstead, Kelly)
Resource: Location 1540 Courthouse
*Track w/ 62-CR-22-5116*

Hearing Held In-Person

Index # 29
Court Clerk Minutes
*AM Minutes*
Held On the Record;
*Parties Present:*   *Jurisdiction   State of Minnesota*
*Attorney   FRIEDBERG, JOSEPH S*
*Defendant   Wright, Antonio Dupree*
*Attorney   TAHIR, HASSAN WAQAS*
*Attorney   WIEDER, NORI BETH*

08/21/2023   **Case Agreement**   (9:00 AM)   (Judicial Officer: Olmstead, Kelly)
            Resource: Location 1540 Courthouse
            08/21/2023 Reset by Court to 08/21/2023
            **MINUTES - 08/21/2023**
            **Hearing**   (08/22/2023 at 9:00 AM)   (Judicial Officer: Olmstead, Kelly)
               Resource: Location 1540 Courthouse
               *tracking w/ 62-CR-22-5116*

                              Hearing Held In-Person
                                                              Index # 28
                              Court Clerk Minutes
            Held Off the Record;
            *Parties Present:   Jurisdiction   State of Minnesota*
                              *Attorney   FRIEDBERG, JOSEPH S*
                              *Defendant   Wright, Antonio Dupree*
                              *Attorney   TAHIR, HASSAN WAQAS*
                              *Attorney   WIEDER, NORI BETH*

07/24/2023   **Motion Hearing**   (9:00 AM)   (Judicial Officer: Olmstead, Kelly)
            Resource: Location 1540 Courthouse
            *in person*
            **MINUTES - 07/24/2023**
                              Hearing Held In-Person
                                                              Index # 25
                              Court Clerk Minutes

            Order for Submissions-Under Advisement   (Judicial Officer: Olmstead, Kelly)
               *Issue: SPREIGL #1 Defense to submit Brief by 7/31/23. State's Response due
               8/7/23. Then UA 90 days.*
            Index # 26
            Held On the Record;
            *Parties Present:   Jurisdiction   State of Minnesota*
                              *Attorney   FRIEDBERG, JOSEPH S*
                              *Defendant   Wright, Antonio Dupree*
                              *Attorney   TAHIR, HASSAN WAQAS*

03/06/2023    **Pre-trial**  (1:30 PM)  (Judicial Officer: Olmstead, Kelly)
          Resource: Location 1240 Courthouse
          *in person*
          **MINUTES - 03/06/2023**
                  Hearing Held In-Person
                  Index # 20
                  Court Clerk Minutes
                  Index # 21
                  Notice of Appearance
          Held On the Record;
          *Parties Present:   Jurisdiction   State of Minnesota*
                         *Attorney    FRIEDBERG, JOSEPH S*
                         *Defendant   Wright, Antonio Dupree*
                         *Attorney    TAHIR, HASSAN WAQAS*

12/09/2022    **Scheduling Conference**  (1:30 PM)  (Judicial Officer: Olmstead, Kelly)
          Resource: Location 1340 Courthouse
          **MINUTES - 12/09/2022**
                  Hearing Held In-Person
                  Index # 17
                  Court Clerk Minutes
                  Index # 18
                  Notice of Appearance
           **Pre-trial**  (03/06/2023 at 1:30 PM)  (Judicial Officer: Olmstead, Kelly)
              Resource: Location 1240 Courthouse
              *in person*

          **Motion Hearing**  (07/24/2023 at 9:00 AM)  (Judicial Officer: Olmstead, Kelly)
              Resource: Location 1540 Courthouse
              *in person*

          **Case Agreement**  (08/21/2023 at 9:00 AM)  (Judicial Officer: Olmstead, Kelly)
              Resource: Location 1540 Courthouse
              08/21/2023 Reset by Court to 08/21/2023

          Held On the Record;

11/07/2022    **Omnibus Hearing**   (1:30 PM)   (Judicial Officer: Leary, William H., III)
Resource: Location LEC Courtroom 102
*28days wvd; Bail rsvd*
**MINUTES - 11/07/2022**


                                                                    Index # 13

Court Clerk Minutes
Hearing Held In-Person
Held On the Record;  Joseph Friedberg will e-file cert. Referred to judicial
assignment. PC rsvd/NP. Tracking with case 62-CR-22-5116.
*Parties Present:   Jurisdiction   State of Minnesota*
*Defendant   Wright, Antonio Dupree*
*Attorney   TAHIR, HASSAN WAQAS*

09/30/2022    **First Appearance**   (9:00 AM)   (Judicial Officer: Starr, Nicole J.)
Resource: Location LEC Courtroom 102
*IOW- Comp filed as warrant*
**MINUTES - 09/30/2022**
**Omnibus Hearing**   (11/07/2022 at 1:30 PM)   (Judicial Officer: Leary,
William H., III)
Resource: Location LEC Courtroom 102
*28days wvd; Bail rsvd*

Hearing Held In-Person

                                                                    Index # 7

Court Clerk Minutes

                                                                    Index # 8

Notice of Appearance

Order Granting Public Defender    (Judicial Officer: Starr, Nicole J.)
*[Verbal from the Bench]*
Index # 9

No Contact Order    (Judicial Officer: Starr, Nicole J.)
Index # 10
Held On the Record;  switzer today
*Parties Present:   Jurisdiction   State of Minnesota*
*Defendant   Wright, Antonio Dupree*
*Attorney   Ramsey County Attorney Office*

---

## Conditions

01/29/2024    **Interim Condition for Wright, Antonio Dupree**
              (Judicial Officer: Olmstead, Kelly)
              • Hold Without Bail or Bond
                  MN Correctional Facility - St. Cloud

12/12/2023    **Interim Condition for Wright, Antonio Dupree**
              (Judicial Officer: Olmstead, Kelly   Exp: 01/29/2024)
              • Conditions, other
                  *Custody hold pending sentencing.*
              • No contact with victim(s)
              • Hold Without Bail or Bond
                  Ramsey County Jail (Ramsey County Adult Detention Center)

09/30/2022    **Interim Condition for Wright, Antonio Dupree**
              (Judicial Officer: Starr, Nicole J.   Exp: 12/12/2023)
              • No contact with victim(s)
              • Post Bail or Bond with No Conditions
                  $2,000,000.00

09/07/2022    **Interim Condition for Wright, Antonio Dupree**
              (Judicial Officer: Yang,Adam ,  Exp: 09/30/2022)
              Interim condition from JW as a courtesy
              • Post Bail or Bond with No Conditions
                  $2,000,000.00

## Bond Settings

09/07/2022    **Bond Setting**
              1. Kidnapping-To Facilitate Felony or Flight
              2. Kidnapping-To Commit Great Bodily Harm/Terrorize
              3. Murder - 2nd Degree - With Intent-Not Premeditated
              4. Murder - 2nd Degree - Drive-by Shooting

              Set by Judge $2,000,000.00 Any

## Financial Information

**Defendant**   Wright, Antonio Dupree
Total Financial Assessment                          211.00
Total Payments and Credits                           75.00
**Balance Due as of 08/25/2025**                    **136.00**

01/29/2024    Transaction Assessment                 211.00

| 01/29/2024 | Credit Waived | (75.00) |
| 01/29/2024 | Transaction Assessment | 0.00 |