Antonio Dupree Wright
7600 525th Street
Rush City, Minnesota USA

RECEIVED BY MAIL
OCT 30 2025
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

SUBJECT: 25-CV-2502-JRT-DLM

Greetings Clerk of Court,

Enclosed for filing is a Request for Leave to Amend and an Amended Complaint. The Complaint is a partial, the other portion is being sent with the Declaration of Service in a separate envelope signed and attested to under penalty of perjury. Plaintiff apologizes in advanced about the sloppiness of the handwriting and Amended Complaint... Please send me copies of the enclosed document(s).

Your attention to this matter is appreciated.

In Confidence,

/S/ ANTONIO DUPREE WRIGHT
10-26-2025
Authorized Signature
28 U.S.C. § 1746(2)

SCANNED
OCT 3 0 2025
U.S. DISTRICT COURT ST. PAUL