25-cv-2502

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN
NOV 10 2025
RECEIVED
BY MAIL

SCANNED
NOV 10 2025
U.S. DISTRICT COURT ST. PAUL

Walz conspired with other defendants through tacit authorization
or direct involvement, to infringe upon Wright's federal and
state constitutional rights against illegal search and seizure
(4th Amendment to the United States Constitution, and states
equivalent right); excessive bail (8th Amendment to the United
States Constitution, and states equivalent right); Discrimination
(Equal Protection Act, and states equivalen right); state and
federal human rights; amongst others.

35.)Walz is not entitled to immunity operating under the color
of state law to circumvent federal rights, amongst other things.

-Plaintiff incorporates by reference all preceding & succeeding
paragraph(s).

36.) Melvin Carter lll is guilty/liable of/for COUNTS 1,1.5,2,2.5
,3,4,5,6,8,&9. Carter is the highest ranking official in the city
of Saint Paul, overseer of all city employees during the prosecu-
tion of the relevant case. Defendant 4 was informed and aware of
the racial disparaging and bias (role effect and racial bias)
through formal acknowledgement, tacit authorization & or should
have been aware. As a result of Carters failure-to-manage subor-
dinates  (SPPD Defendant(s))(amongst other Defendants).
    Carter and his subordinates operated under a custom of role
effect bias and racial bias that led to plaintiffs damages,
injuries and right violations.
-Plaintiff incorporates by reference all preceing & succeeding
paragraph(s).

37.) Saint Paul Police Department Chief is the highest ranking
officer of the SPPD and overseer of defendant(s), Sgt.Mahowald;
Mark Reding; Bertholf; amongst others. The Police Chief is guilty
/liable of/for COUNTS 1,2,5,3,3.5,4,4.5,6,7,8,9,10. For certain
counts the Chief is responsible for a failure-to-manage subordi-
nates and or failure-to-train employees, which led to pervasive
racial and role effect biases that caused Plaintiffs injuries,
damages and right violations.
    The Chief had direct knowledge of racial biases and role-effec
effect biases, or should've  had knowledge of the biases. Defen-
dant 5 engaged in a concerted action (conspiracy) to cause
damages & injuries to Plaintiff (class member). The Chief is l
liable through tacit authorization or failure-to-train/manage
which led to Wright being illegally seized, Discriminated against
and violated in ways listed throughout this complaint. (Wright's
state and federal rights against (prohibiting) illegal search
and seizure, cruel & unusual punishment, discrimination, amongst
others, were violated).
    The Chief is not entitled to immunity his conduct was wilful.
-Plaintiff incorporates by reference all preceding and succeeding
paragraph(s).

38.) Defendant 6.) Ramsey County Chief Judge is the Highest
ranking Judicial Officer in the 10th Judicial District and
overseer of Elena L. Ostby. The Chief Judge is guilty/liable for
COUNTS 1,1.5,2,3,3.5,4,4.5,5,8,9. For certain counts the chief

is responsible for failure-to-train others under his authority
,(e.g. Elena L. Ostby) which led to racial & role effect biases
that caused Wrights injuries, etc., etc., etc.,.
    The Chief had direct knowledge of the racial biases, or
should've had knowledge of the biases. Defendant 6 engaged in a
concerted action (conspiracy) to cause damages & injuries to
Wrtights class and person. The Chief and his subordinate(s)
        Ostby amongst others acted w/o jurisdiction that ultimately
        caused harm to Plaintiff. The Defendant is liable through
        tacit authorization or failure-to-train/manage against the
        subjected custom(s) referenced supra (racial & role effect
        discrimination and or biases) that ultimately led to
        Plaintiff being illegally seized, maliciously prosecuted,
        amongst other things.
The Chief is not protected by any immunities because of his
conduct was wilful & he acted w/o jurisdiction.
-Plaintiff incorporated by reference all preceding and
succeeding paragraph(s).

Defendant 7.) Ramsey Counrt District Attorney is the Highest
ranking Administer of Justice in said county. The D.A. is the
overseeing authority of Attorney Fitch who maliciously prosecuted
Plaintiff. John J. Choiis guilty/liable of all Counts, for all
reasons, purposes, and intentions of all defendants and is not
due immunity because the prosecution was willful/malicious,
egregious, amongst other things, which ultimately caused the
Plaintiff's injuries, damages, and right violations.
-Plaintiff incorporates by reference all preceding and succeeding
paragraph(s).

Defendant 8.) Ramsey County District Court Administrator is the
highest ranking Court Administrator in Ramsey County. Defendant 8
is guilty/liable for abusing the legal process and gross
negligence due to the Administrator filing and processing
malicious causes for the benefit of, in association with, the
other conspirants which led to the injuries, damages, and right
violations. Defenda  8 does not qualify for immunity.
-Plaintiff incorporates by reference all preceding and
succeeding paragraph(s).

Defendant 9.) Elena L. Ostby is a Judicial Officer for the County
of Ramsey, who set bail in the subject case. The Defendant is
guilty/liable of/for Counts 1., 1.5, , .5, 3, 3.5, 4, 4.5, 8,9.
Ostby is directly responsible for imposing an excessive bail
against Plaintiff motivated by the custom(s) listed above, in
violation of Plaintiff's Federal and State Constitutional rights
against excessive bail, discrimination, amongst other things,
(see supra.) and rights/privileges and protections against abuse
of process, deliberate indifference, disparaging, amongst others
(see supra. and infra).

Defendant 10.) Jane Doe 1,  , 3, and, John Doe 1,  , 3, is a Medical
provider,in chagge of providing medical care for pretrial detainees
detained in the County of Ramsey. The Defendant(s) is guilty/liable
for Counts 7 and 7.5 for being deliberately indifferent and/or acting
in reckless disregard ro Plaintiff's M/S, in violation of the
Fourteenth, Fifth, and Eighth Amendments to the United States
Constitution and thh State equivalent rights and other common-law
and state-conferred rights. The infringement was motivated by the
custom referenced above and/or the motivating forces referenced
above, causing Plaintiff irreparable harm and/or pain and suffering,
torture, loss of life, amongst other thingg.
-Plaintiff incorporates by reference alt pewceding and succeeding
paragraphs.

Defendant 11.) Derek Fitch is the prosecuting attorney who initiated
the charging transaction with Defendant Mark Reding, 09/09/ 0  , thaa
resulted in Plaintiff being acquitted. The Attorney is guilty/liable
doe ALL COUNTS referenced in the Complaint 1., 1.5,  , etc., etc., etc.
The Defendant directly and/or implicitly abused the legal process! or
maliciously prosecute Wright by illegal search and/orseizure, infringement
upon dueprocess, amongst other things, throught his independent
actions and/or in concert with other Defendants which led to Plaintéff
being injured/harmed, amongst other lbsses referencdd throughout this c
Complaint.
Derek Fitch's actions were motivated by role effect and/or racial bias
and/or bad faith, exposing him to likbility for infringing uppn
Plaintiff's rights against cruel and unusual punishment, common-law
torts, amongst other things.
-Plaintiff incorporates by reference by preceding and succeeding
paragraphs. Fitch is not protected by any immunity.

Defendant(s) 12.) SPPD Defendant(s); Sgt. Mahowald! Mark Reding;
Bertholf, are Defendants engaged in the crimescene and investigation
processes that carried and initiated the abuse of legal process
and/or malicious prosecution transaction causing Wright harm(s)
and injuries listed throughout this Complaint. Berholf tampered with
evidence, lied under oath, falsified documents and/or engaged in
other police misconduct that resulted in the malicious prosecution fo
of Wright, amongst other thibgg. Sgt. Mahowald tampered with evidence,
lied under oath, falsified documents, and/or engaged in other ploice
misconduct that resulted in the malicious prosecutôon of Wright,
amongst other things. Mark Reding and Derek Fitch and indivviduals
under their control, tampered with evidence, lied under oath,
falsified ddcuments, and/or engaged in other police er official
misconduct that resulted in the malicious presecution of Plaintiff.
The Defendant(s) are guilty/liable for/of ALL COUNTS in this
Complaint, 1., 1.5,  , etc., etc., etc. ThaeDefendant(s) directly
and/or implicitly abused the legal process; or maliciously
prosecuted Wright by illegal search and/or seizure; infringement
upon due process; amongst other things, through their independent
and/or collective action, which led to the harm, loss, and financial
ruin of Plaintiff, amongst other things.
The Defendant(s) actions were/weren't motivated by role effect, bias,
racial bias and/or bad faith (malice), exposing them to liability for
infringing upon Wright's rights.

-Plaintiff incorporatedsby refernce all preceding and succeeding
paragraphs. SPPD Defendant(s) are not protected by immunity.


### Damages

While detained, Plaintiff was denied medical care for Multiple
Sclerosis, resulting in health deterioration, weight loss, impaired
vision, and acute pain. The false or illegal imprisonment/detaining
caused Wright to lose property; he suffered emotional trauma, defamation,
loss of family, financial ruin, and severe deterioration of physical
and mental health.

Plaintiff suffered economic and non-economic damages as a direct
result of Defendant(s) conduct, including:
- Loss of Business income and Employment opportunitées;
- Emotional distress and PTSD;
- Medical deterioration;
- Defamation and Reputational Harm;
- Loss of Property;
- Engagement Dissolution and Loss of Relationships;
- Legaā expenses exceeding §75,000 dollars;
  )Pain and Suffering, Mentallaanguish, Humiliation, amongst
  other thinggs


### Prayer for Relief

WHEREFORE, Plaintiff respectfully prays that this Court grant the
following relief:
- Award compensatory damages and punitive damages
  in the amount of $25.9000000.00 dollars, to be paid
  separately and collectively by all Defendants;

- Punitive damages against Defendants for their
  reckless and intentional conduct;

- Declaratory relief finding Defendant(s) actions
  unconstitutional and unlagāhh;

- An award of attorney fees and cost pursuant to 4 U.S.C.
  §1988;

- Grant any other relief the Court deems just, proper,
  and equitable.

-Plaintiff demands a tra
-Plaintiff demands a trial by jury, jury of his peers.


        Iceertify under penalty of perjury that the above complaint
I certify under penalty of perjury that the above complaint is true to
the best of my information, knowledge, and belief.

Signed this 27th day of October ,2025

Signature: ANTONIO DUPREE WRIGHT
(Authorized)
28 U.S.C § 1746