RECEIVED BY MAIL
NOV 10 2025
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

State of Minnesota )
                   ) ss.     Declaration of Service
Chisago County     )

I, Antonio Wright (~~through legal assistance~~), state that I am at least 18 years of age, and that on or about Oct. 27, 2025 or shortly after, I served the following papers: Request for Leave to file an Amended Complaint, Amended Complaint (Partial) (Completed) upon:

Alexander Hsu
Assistant City Attorney
15 West Kellogg Boulevard, Suite 750
Saint Paul, MN 55102

and

Kevin S. Plaisance
Assistant Ramsey County Attorney
360 Wabasha Street N.
- Suite 100 -
St. Paul, MN 55102

by placing the documents in a postage-paid envelope, inside of the prison mailbox @ MCF-RC.

/S/ ANTONIO WRIGHT (authorized)

I declare under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116. & 28 U.S.C. § 1746

SCANNED NOV 10 2025
U.S. DISTRICT COURT ST. PAUL