SUBJECT: 25-cv-2502

RECEIVED BY MAIL
NOV 10 2025
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

Greetings Clerk,

Enclosed is envelope #2 of the Request for permission for leave to Amend and a Declaration of Service.

Thanks for your Attention to this matter,

In Confidence,

/s/ [signature]

SCANNED
NOV 10 2025  CK
U.S. DISTRICT COURT ST. PAUL