

**NOTICE:** Mailed from a **MN CORRECTIONAL FACIL...**
Name: Antonio Wright
OID #: 246514
Address: MCF-RC P.O. 247
City/State/Zip: Phoenix MD 21131

RECEIVED
BY MAIL

NOV 10 2025

CLERK U.S. DISTRICT COURT
ST. PAUL, MN

X-RAYED
BY USMS

SCANNED
NOV 10 2025 CK
U.S. DISTRICT COURT ST. PAUL

US POSTAGE PITNEY BOWES
FIRST-CLASS
ZIP 55069 $ 001.03⁰
02 7W
0008032427 NOV 03 2025

Office of the Clerk
District of Minnesota
United States District Court
316 N. Robert Street
St. Paul, MN 55101

S5101$1477 C011