**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ANTONIO DUPREE WRIGHT,

Civil No. 25-2502 (JRT/DLM)

Plaintiff,

v.

**ORDER ADOPTING REPORT**
RAMSEY COUNTY, MINNESOTA et al.,                **AND RECOMMENDATION**

Defendants.

---

A Report and Recommendation (R&R) was issued by United States Magistrate Judge Douglas L. Micko dated January 6, 2026.  (Docket No. 59.)  No objections to the R&R have been timely received.[1]  Accordingly, based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1.  The Report and Recommendation (Docket No. [59]) is **ADOPTED**;

2.  Plaintiff Antonio Dupree Wright's amended complaint (Docket Nos. [51], [54] ("Amended Complaint")) is **DISMISSED WITHOUT PREJUDICE**,[2] based on

---

[1] As further explained in the R&R, as a result of this Order, "the only Counts remaining are Counts 1 and 8, and the only Defendants remaining are Mahowald, Reding, and Bertholf (each sued in his individual capacity)."  (R&R at 33.)  Note: Defendants Reding and Bertholf have not been properly served.  (*See* Order, June 2, 2026, Docket No. 95.)

[2] A dismissal without prejudice means that Wright may refile his Complaint, but Wright must correct the errors that the Magistrate Judge identified in the R&R.  The Court notes that Wright has filed a Request for Leave to File a Second Amended Complaint (Docket No. 78); this Order does not address that Request.

Eleventh Amendment immunity, to the extent it brings official-capacity claims against Defendants "Ramsey County District Court Chief Judge," "Ramsey County District Court Administrator," Elena Ostby, and Tim Walz.

3. The Amended Complaint is **DISMISSED WITH PREJUDICE**, based on judicial immunity, to the extent it brings individual-capacity claims against Defendants "Ramsey County District Court Chief Judge" and Elena Ostby.

4. The Amended Complaint is **DISMISSED WITH PREJUDICE**, due to prosecutorial immunity, to the extent it brings individual-capacity claims against Defendants John J. Choi and Derek Fitch.

5. The Amended Complaint is **DISMISSED WITH PREJUDICE**, due to quasi-judicial immunity, to the extent it brings individual-capacity claims against "Ramsey County District Court Administrator."

6. The Amended Complaint is **DISMISSED WITHOUT PREJUDICE**, for failure to state a claim, to the extent it brings the following claims:

    a. Claims under the Violent Crime Control and Law Enforcement Act of 1994 (i.e., 34 U.S.C. § 12601), the Omnibus Crime Control and Safe Streets Act of 1968 (i.e., 34 U.S.C. § 10228), and Title VI of the Civil Rights Act of 1964 (i.e., 42 U.S.C. § 2000d), as laid out in Counts 5 and 6;

-3-

b. Individual-capacity claims against Defendants Tim Walz, Melvin Carter, the "Saint Paul Police Department Chief," and the "Ramsey County Sheriff";

c. Official-capacity claims under 42 U.S.C. § 1983 claims against Defendants Ramsey County, the City of Saint Paul, and any County or City employees (as sued in their official capacities);

d. Counts 2, 3, 4, and 7 (including, as discussed above, any subsidiary subclaims that Wright offers within those claims);

e. Claims under 42 U.S.C. § 1985(3); and

f. Counts 9 and 10.

DATED: June 16, 2026
at Minneapolis, Minnesota.

_____/s/ John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge