**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ANTONIO DUPREE WRIGHT,

Plaintiff,

v.

SGT. SOREN MAHOWALD, MARK REDING, and RICHARD BERTHOLF, *in their individual capacities*,

Defendants.

Civil No. 25-2502 (JRT/DLM)

**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE DATED JULY 29, 2026**

---

A Report and Recommendation (R&R) was issued by United States Magistrate Judge Douglas L. Micko dated July 29, 2026. (Docket No. 101.) No objections to the R&R have been timely received. Accordingly, based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Docket No. [101]) is **ADOPTED**;
2. Plaintiff Antonio Wright's Motion to Amend (Docket No. [78]) is **DENIED**;
3. Defendant Soren Mahowald's Motion to Dismiss (Docket No. [64]) is **GRANTED**; and
4. Plaintiff's claims against Defendant Mahowald are **DISMISSED without prejudice**.

DATED: August 31, 2026
at Minneapolis, Minnesota.

/s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge